**ORIGINAL**

**FURGANG & ADWAR, L.L.P.**
Philip Furgang (PF-5654)
Stephanie Furgang Adwar (SA-1711)
Brian Scanlon (BS-5947)
2 Crosfield Avenue, Suite 210
West Nyack, New York 10994
845-353-1818

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

IMPEX CORPORATION,

Civil Action No.:

Plaintiff,

KORMAN, CH. J.

-against-

GOLD M.J.

MIKE PATEL, RADHASWAMY INC. (d/b/a RAJA FOODS),
RAJA FOODS & VEGETABLE, INC. (a/k/a RAJA FRUIT &
VEGETABLE), M&N GROCERS, INC. (d/b/a PATEL
BROTHERS, NY), RAJA FOODS, L.L.C., RAJA
FOODS HOUSTON, L.L.C., RAJA FOODS ATLANTA, L.L.C.,
VARIOUS JOHN DOES, and VARIOUS JANE DOES,

**JURY DEMANDED**

Defendants.

-----------------------------------------------------------------X

## COMPLAINT

Plaintiff **Impex Corporation**, complaining of Defendants **Mike Patel**,
**Radhaswamy Inc. (d/b/a Raja Foods)**, **Raja Foods & Vegetable, Inc. (a/k/a Raja Fruit &
Vegetable)**, **M&N Grocers, Inc. (d/b/a Patel Brothers, NY)**, **Raja Foods, L.L.C., Raja Foods
Houston, L.L.C., Raja Foods Atlanta, L.L.C., Various John Does, and Various Jane Does**
by Furgang & Adwar, L.L.P., its attorneys, respectfully alleges:

-1-

## The Parties

1.      Plaintiff **Impex Corporation, Inc.** (hereafter "**Impex**") is a corporation of the State of New Jersey, with offices at 3998 St. Pauls Avenue, Jersey City, New Jersey, 07306. Impex is a distributor of frozen foods.

2.      Defendant **Mike Patel** (hereinafter "**Patel**") is an individual with a business address of 55-78 56th Street, Maspeth, New York, 11378, who, upon information and belief, is an officer of one or more of the corporate Defendants and directs the wrongful acts of the corporate Defendants and/or is directly responsible for the wrongful acts committed by the corporate Defendants.

3.      Defendant **Radhaswamy Inc.** (d/b/a **Raja Foods**) (hereafter "**Raja Foods**") is a corporation of the State of New York with a place of business at 56-05 55th Drive, Maspeth, New York, 11378. **Raja Foods** is, upon information and belief, a wholesale food distributor and the operator of a number of retail grocery stores.

4.      Defendant **Raja Foods & Vegetable, Inc.** (a/k/a **Raja Fruit & Vegetable**) (hereafter "**Raja-NY**") is, upon information and belief, a corporation of the State of New York with a place of business at 55-78 56th Street, Maspeth, New York, 11378. **Raja-NY** is, upon information and belief, a wholesale food distributor and the operator of a number of retail grocery stores.

5.      Defendant **M&N Grocers, Inc.** (d/b/a **Patel Brothers, NY**) (hereinafter "**M&N**") is, upon information and belief, a corporation of the State of New York, with an office at 3727 74th Street, Jackson Heights, New York, 11672. **M&N** is a retail grocery store.

6.    Defendant   **Raja Foods L.L.C.**, (hereafter "**Raja-Skokie**") is, upon information and belief, a corporation of the State of Illinois with a place of business at 8110 Saint Louis Avenue, Skokie, Illinois, 60076.  **Raja-Skokie** is a wholesale food distributor and the operator of a number of retail grocery stores.

7.    Defendant **Raja Foods Houston L.L.C.**, (hereafter "**Raja-Houston**") is, upon information and belief, a corporation of the State of Texas, with a place of business at 5773 Savoy Drive, Houston, Texas, 77036.  **Raja-Houston** is a wholesale food distributor and the operator of a number of retail grocery stores.

8.    Defendant **Raja Foods Atlanta, L.L.C.** (hereinafter "**Raja-Atlanta**") is, upon information and belief, a corporation of the State of Georgia, with an office at 4579 Lewis Road, Stone Mountain, Georgia, 30083.  **Raja-Atlanta** is a wholesale food distributor and the operator of a number of retail grocery stores.

9.    Upon information and belief, **Defendants Raja Foods, Raja-NY, M&N, Raja-Skokie, Raja-Houston,** and **Raja-Atlanta** operate as either a single business entity or business cooperative.  All Defendants are competitors of Plaintiff.

### Jurisdictional Statement

10.    The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1338(a) and (b) in that this is an action arising under the Copyright Act 15 U.S.C. §§ 501, et seq. and the Lanham Act 15 U.S.C. §§ 1116 et seq., and the Court's pendent jurisdiction.

11.    Venue is proper pursuant to 28 U.S.C. §§1391 and 1400 in that this is the judicial district in which a substantial part of the events or omissions giving rise to the claims occurred and in which defendants may be found.

-3-

### Allegations Relevant To All Claims

12.   **Impex** has been in the business of importing and distributing frozen \_

and frozen vegetables since 1993.

### A. Plaintiff Impex' Trademark Rights

13.   **Impex** is the owner of four trademarks which are central to this litigation:

a)   **DAILY DELIGHT**, which is federally registered (Registration No.

2,331,663 - **Exhibit A**) and incontestable, as applied to:

> frozen foods, namely, seafood and
> prepared side dishes and entrees
> consisting primarily of seafood and
> processed vegetables, frozen foods,
> namely, prepared side dishes and
> entrees consisting primarily of rice
> and/or pasta; and

b)   **DESI DELIGHT** which is federally registered (Registration No.

3,024,362 - **Exhibit B**) as applied to:

> frozen prepared foods, namely, rice-
> based and wheat-based frozen
> entrees; and bakery products; and

c)   **SEAFOOD DELIGHT** which is federally registered (Registration

No. 3,137,255 - **Exhibit C**) as applied to:

> seafood, fish, shellfish, fresh, frozen,
> pasteurized and processed seafood;
> and

-4-

d) **A WAVE DESIGN** (see below) which is the subject of a pending trademark application (**Exhibit D**):



to identify

> frozen foods, namely rice based and wheat-based entrees; bakery products; dessert puddings, dessert soufflés, dessert mousse; bakery desserts; seafood and prepared side dishes and entrees consisting of seafood, processed vegetables, rice, wheat, and/or pasta; fresh, frozen, pasteurized and processed seafood, fish, and shellfish; frozen fruits

14.     The **DAILY DELIGHT®**, **DESI DELIGHT®**, and **SEAFOOD DELIGHT®** marks are displayed across the **WAVE DESIGN** trademark's yellow banner.

15.     Beginning November 2, 1998, Plaintiff **Impex** began using **WAVE DESIGN** trademark in interstate commerce.

16.     Beginning November 2, 1998, **Impex** began using the trademark **DAILY DELIGHT®** both alone and in combination with the **WAVE DESIGN** trademark in interstate commerce.

17.     Effective from April 25, 2003, **Impex** began using the trademark **DESI DELIGHT®** both alone and in combination with the **WAVE DESIGN** trademark in interstate commerce.

18.     Effective from May 26, 2005, **Impex** began using the trademark **SEAFOOD DELIGHT®** both alone and in combination with the **WAVE DESIGN** trademark in interstate commerce.

19.     From the very beginning of its introduction of the **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks, Plaintiff **Impex** has caused its trademarks to be extensively advertised in the United States by means of sales to the trade and to consumers and advertising, including through print, the Internet, and television. Attached as **Exhibit E** are samples of **Impex'** print advertisements and coverage.

20.     Plaintiff **Impex'** trademarks are intimately associated with its goods and its goods are known by the trademarks and are distinguished thereby from the trademarks of others.

21.     Plaintiff **Impex** has continuously used its **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks in commerce controlled by Congress from the introduction of these trademarks in the United States until the present.

22.     Plaintiff **Impex** is the sole and exclusive owner in the United States of the **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®** and **WAVE DESIGN** trademarks to identify its frozen foods.

23.     As a result of Plaintiff **Impex** offering of its goods, the trade and public have come to know Plaintiff **Impex'** trademarks to represent frozen foods and frozen vegetables of the highest quality, and to rely upon the good will and business that Plaintiff **Impex** has established under the **DAILY DELIGHT®** and **WAVE DESIGN** trademarks for approximately the past eight (8) years, the **DESI DELIGHT®** trademark for approximately the past three (3) years, and the **SEAFOOD DELIGHT®** trademark for approximately the past one and one-half (1½) years.

24.     The relevant customer of Plaintiff's food products are wholesale and retail food stores specializing in the sale of foods of Southeast Asia, including India.

**B.      Plaintiff Impex' Copyrighted Works and Trade Dress:**

25.     In connection with the packaging for its grated coconut product, Plaintiff **Impex** is the owner of Copyright Registration No. VA 1-362-142 **(Exhibit F)** in the work constituting the packaging (hereafter the "**Packaging Work**"). **(Exhibit G)**

26.     Since it began selling its grated coconut product and continuing to the present, Plaintiff **Impex** has established a unique trade dress in its **Packaging Work**. **(Id.)**

27.     Plaintiff's trade dress in its grated coconut packaging is inherently distinctive of it goods, as well as the quality and good will associated therewith.

28.     Defendants **M&N** and **Raja-Skokie** are former customers of Plaintiff and have purchased Plaintiff's **DAILY DELIGHT®** grated coconut product, which is one of Plaintiff's most successful goods. Defendants even advertised to its customers that it carried **DAILY DELIGHT®** products. **(Exhibit H)**

### C.    Defendants' Wrongful Infringing Acts:

29.    After purchasing Plaintiff's goods and long after Plaintiff **Impex** began using its **DAILY DELIGHT®** and **WAVE DESIGN** trademarks and **Packaging Work**, Defendants made almost identical copies of Plaintiff's entire **Packaging Work**, thereby copying Plaintiff's art work, trade dress, trademarks, and copyrights. (compare **Exhibits G – Impex' Packaging Work** and trademarks with **Exhibit I** - Defendants package works and trademarks).

30.    Defendants' **KERALA DELIGHT** trademark is nearly identical to **Impex' DAILY DELIGHT** trademark in color, style, design, and commercial impression.   Also, Defendants' **KERALA DELIGHT** trademark incorporates in whole **Impex' WAVE DESIGN** trademark.   Further, Defendants applied their **KERALA DELIGHT** trademark a grated coconut product in packaging nearly identical and confusingly similar to **Impex'** packaging.

31.    A comparison of the packaging of Plaintiff Impex' grated coconut product (**Exhibit G**) and Defendants' grated coconut product (**Exhibit I**) shows Defendants' willful and intentional appropriation of **Impex'** trademarks and   trade dress and copying of **Impex'** copyrighted packaging:

- **Impex'** trademarks are **DAILY DELIGHT®** and a **WAVE DEIGN** while Defendants' trademarks are **KERALA DELIGHT** and the identical **WAVE DEIGN;**

- the trademarks on each product are nearly identical in design, size, color, shape, and placement;

-8-

- the photographs on each product are nearly identical – each consisting of a coconut split in half, placed on top of a leaf, with a pile of grated coconut, appearing on the bottom right portion of the packaging;

- the wording "Fresh Frozen GRATED COCONUT" appears on both products in the same font, size, color, and location; and

- each product has a blue, slanted pinstripes appearing over a white background.

(Compare Exhibits G and I)

32.   Defendants' **KERALA DELIGHT** grated coconut product has caused confusion in the marketplace.

33.   Plaintiff's customers have been confused by Defendants' **KERALA DELIGHT** grated coconut product and led to believe that Defendants' KERALA DELIGHT product was (a) produced by Plaintiff, (b) sponsored by Plaintiff, (c) affiliated with Plaintiff, and/or (d) an authorized replacement for Plaintiff's DAILY DELIGHT products.

34.   The goods of Plaintiff **Impex** and the goods of **Defendants** are advertised, promoted, and sold to the same class purchasers and through the same channels of trade: wholesale and retail food stores specializing in the sale of foods of Southeast Asia, including India.

35.   Defendants' grated coconut product is of a lower quality than Plaintiff's grated coconut product.

-9-

36.     On May 10, 2006, Defendant **M&N** filed an Intent-to-Use application for federal trademark registration (Serial No. 78/880,501), copying exactly Plaintiff's **WAVE DESIGN** trademark together with the confusingly similar **KERALA DELIGHT** trademark in almost the identical lettering used by Plaintiff. (**Exhibit J**) Subsequently, upon Plaintiff's demand, Defendant **M&N** abandoned its application.

### D.     Defendants' Infringement Is Intentional

37.     Defendants **M&N** and **Raja-Skokie** are former customers of Plaintiff. Among the many products purchased by these Defendants from Plaintiff was Plaintiff's **DAILY DELIGHT**® grated coconut product. (**Exhibits K and L**, invoices showing sale of the **DAILY DELIGHT**® grated coconut product to Defendants **M&N** and **Raja-Skokie**, respectively)

38.     In or about the end of August, 2006, Plaintiff learned that Defendants **M&N** and **Raja-NY** were selling a grated coconut product using the **KERALA DELIGHT** and **WAVE DESIGN** trademarks and packaging virtually identical in all respects to Plaintiff's packaging.

39.     Upon learning of these wrongful acts, Plaintiff promptly demanded that Defendants **M&N** and **Raja-NY** cease and desist.

40.     Thereafter, Defendants **M&N** and **Raja-NY** continually and falsely represented to Plaintiff that they wished to settle the dispute amicably. However, Defendants did not address whether or not they had ceased their infringing sales.

41.     When threatened with an imminent lawsuit, Defendants **M&N** and **Raja-NY** represented, on October 18, 2006, that all infringing sales had ceased. At that time, Plaintiff was under the impression that Defendants' representations were truthful.

42.     However, Defendants' representations were knowingly false, as the infringing sales did not cease. Specifically, Plaintiff became aware, at the end of November, that the Defendants **Raja-Skokie, Raja-Atlanta,** and **Raja-NY** were selling the infringing **KERALA DELIGHT** goods. (**Exhibits M, N, and O,** invoices showing the sale of infringing goods)

43.     Defendants sold their infringing product *after* Defendants' represented that the infringing sales had ceased. (See **Exhibits M** and **N**, invoices showing order dates of November 21 and November 29, respectively.)

44.     To cover their infringing sales, Defendants' intentionally doctored these invoices and listed the grated coconut product as SWAD brand grated coconut. However, the goods that were actually sold to these customers was the infringing **KERALA DELIGHT** grated coconut product.

45.     Upon information and belief, Defendants continue to sell the infringing **KERALA DELIGHT** goods.

## COUNT I
### (*Copyright Infringement*)

46.     This is a count for copyright infringement and arises out of the occurrences as set forth herein above and hereinafter and is pursuant to 17 *U.S.C.* §§ 101 *et seq.*

-11-

47.     Plaintiff **Impex** repeats and realleges the allegations set forth in ¶¶1-45 as if fully set forth herein.

48.     Plaintiff **Impex** has been complying, in all respects, with the Copyright Act of 1976 and all other laws governing copyrights, and secured the exclusive rights and privileges in and to the copyright of the **Packaging Work** and **WAVE DESIGN** appearing thereon (**Exhibit G**) and received from the Register of Copyrights a Certificate of Registration No. VA 1-362-142 (**Exhibit F**)

49.     Since the creation of the **Packaging Work** with the **WAVE DESIGN** appearing thereon, Plaintiff **Impex** has been and is still the sole proprietor of all right, title, and interest in and to the copyright in the **Packaging Work** and **WAVE DESIGN**.

50.     Defendants have been copying, making derivative copies, and/or reproducing Plaintiff **Impex' Packaging Work** and **WAVE DESIGN** on products for sale to others without Plaintiff **Impex'** consent, thereby infringing Plaintiff **Impex'** copyrights and engaging in other unfair trade practices and unfair competition against Plaintiff **Impex** thereby causing Plaintiff **Impex** irreparable damage.

51.     Unless Defendants are restrained from further copying, reproducing, and using the **Packaging Work** and **WAVE DESIGN** and enjoined to remove and destroy any infringing copies of the **Packaging Work** and **WAVE DESIGN**, Defendants will continue to cause injury to the business reputation of Plaintiff by said infringement of Plaintiff **Impex'** copyright and by Defendants unfairly competing with Plaintiff.

-12-

52.     Plaintiff has suffered irreparable harm and there is no adequate remedy at law for the future injuries and damage as a result of the Defendants' copyright infringement.

53.     The aforesaid acts of Defendants have been and are likely to cause damage to Plaintiff in a yet to be fully determined amount but believed to be in excess of One Hundred Thousand Dollars ($100,000.00) in value.

54.     Plaintiff is entitled to an award of attorneys fees.

## COUNT II
### (Trademark Infringement under the Lanham Act)

55.     This is a count for trademark infringement and arises under the trademark laws of the United States, 15 U.S.C. §1051 et seq.

56.     Plaintiff **Impex** repeats and realleges the allegations set forth in ¶¶1-54 as if fully set forth herein.

57.     As set forth above, Plaintiff **Impex** is the owner of the **DAILY DELIGHT®, DESI DELIGHT®, SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks.

58.     The use by Defendants of the **KERALA DELIGHT** and **WAVE DESIGN** trademarks, as set forth herein, were intended to and did:

a)      cause likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to the sponsorship or approval by Plaintiffs of the work and goods of Defendants;

b)     cause likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to Defendants' affiliation, connection, or association with Plaintiff;

c)     represent to purchasers, prospective purchasers, and members of the relevant trade and public that Plaintiff's goods are the goods of Defendants or vice versa; and

d)     create a likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to the source of origin of Plaintiff's products and Defendants' products.

59.     Such uses by Defendants falsely suggest that Defendants are entities affiliated with Plaintiff **Impex**, and/or that Defendants' goods are authorized extensions of Plaintiff **Impex'** goods sold under the **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks, all of which constitute false or misleading representations of material fact, in violation of 15 U.S.C. §1125(a).

60.     Plaintiff **Impex** exercises and can exercise no control over the nature and quality of the goods sold by Defendants under the trademark **KERALA DELIGHT**, which is nearly identical and confusingly similar to Plaintiff **Impex' DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks.

61.     Plaintiff **Impex** has no adequate remedy at law. The said conduct of Defendants has caused, and if not enjoined, will continue to cause irreparable damage to the rights

of Plaintiff **Impex** in its **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks and in its business reputation and good will.

62.     Plaintiff **Impex'** damages from the aforesaid unlawful actions of Defendants are not yet determined but are believed to be in excess of One Million Dollars ($1,000,000.00).

## COUNT III
*(Trademark Counterfeiting Under The Lanham Act 15 U.S.C. § 1114(1)(b))*

63.     This count arises under the trademark laws of the United States, 15 U.S.C. §§ 1051 et seq., and, specifically, under §§ 1114(1), 1116, 1118, and 1125(a) and is to remedy acts of counterfeiting.

64.     Plaintiff repeats and realleges each and every allegation of ¶¶1 through 62 as though fully set forth herein.

65.     Defendants' intentional use in commerce of the **KERALA DELIGHT** and **WAVE DESIGN** trademarks and trade dress on or in connection with Defendants' grated coconut product packaging, while knowing that the trademark and trade dress are counterfeit marks, is likely to, and was intended to, cause confusion or to cause mistake, or to deceive as to the affiliation, connection, sponsorship or association of such products and constitutes trademark counterfeiting under 15 U.S.C. §1114(1)(b).

66.     Defendants, in the course of their businesses, have intended by the aforesaid acts to:

a)      cause likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to

-15-

the sponsorship or approval by Plaintiffs of the work and goods of Defendants;

b)   cause likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to Defendants' affiliation, connection, or association with Plaintiff;

c)   represent to purchasers, prospective purchasers, and members of the relevant trade and public that Plaintiff's goods are the goods of Defendants or vice versa; and

d)   create a likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to the source of origin of Plaintiff's products and Defendants' products.

67.   Defendants have damaged Plaintiff in a sum not presently known but reasonably believed in excess of Three Hundred Thousand Dollars ($300,000.00).

68.   Plaintiff is entitled to an award of three times Defendants' profits or Plaintiff's damages (whichever is greater), statutory damages for Defendants' willful trademark counterfeiting, and attorneys fees.

## COUNT IV
### *(Trademark Infringement of Plaintiff's Family of Trademarks under the Lanham Act)*

69.   This is a count for trademark infringement and arises under the trademark laws of the United States, 15 U.S.C. §1051 et seq.

70.   Plaintiff **Impex** repeats and realleges the allegations set forth in ¶¶1-68 as if fully set forth herein.

-16-

71.    As set forth above, Plaintiff **Impex** is the owner of an incontestible federal trademark registration for the mark **DAILY DELIGHT®**, and trademark registrations for the marks **DESI DELIGHT®**, and **SEAFOOD DELIGHT®**. Additionally, Plaintiff is the owner of an application for federal trademark registration of the **WAVE DESIGN** trademark, which is used along side the **DAILY DELIGHT®**, **DESI DELIGHT®**, and **SEAFOOD DELIGHT®** marks. These marks constitute Plaintiff **Impex'** family of trademarks.

72.    The use by Defendants of the **KERALA DELIGHT** and **WAVE DESIGN** trademarks, as set forth herein, were intended to and did:

a)     cause likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to the sponsorship or approval by Plaintiffs of the work and goods of Defendants;

b)     cause likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to Defendants' affiliation, connection, or association with Plaintiff;

c)     represent to purchasers, prospective purchasers, and members of the relevant trade and public that Plaintiff's goods are the goods of Defendants or vice versa; and

d)     create a likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to the source of origin of Plaintiff's products and Defendants' products.

73.     Such uses by Defendants falsely suggest that Defendants are entities affiliated with Plaintiff **Impex**, and that Defendants' goods are authorized extensions of Plaintiff **Impex'** goods sold under the **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks, all of which constitute false or misleading representations of material fact, in violation of 15 U.S.C. §1125(a).

74.     Plaintiff **Impex** exercises and can exercise no control over the nature and quality of the goods sold by Defendants under the trademark **KERALA DELIGHT**, which is nearly identical and confusingly similar to Plaintiff **Impex' DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks.

75.     Plaintiff **Impex** has no adequate remedy at law.  The said conduct of Defendants has caused, and if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff **Impex** in its **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks, and in its business reputation and good will.

76.     Plaintiff **Impex'** damages from the aforesaid unlawful actions of Defendants are not yet determined but are believed to be in excess of One Million Dollars ($1,000,000.00).

## COUNT V
### (*Trade Dress Infringement*)

77.     This is a count for trade dress infringement and arises under the trademark laws of the United States, 15 U.S.C. §1051 et seq.

78.     Plaintiff **Impex** repeats and realleges the allegations set forth in ¶¶1-76 as if fully set forth herein.

-18-

79.     The use by Defendants of the product packaging for its grated coconut product, as set forth herein, was intended to and did:

    a)    cause likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to the sponsorship or approval by Plaintiffs of the work and goods of Defendants;

    b)    cause likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to Defendants' affiliation, connection, or association with Plaintiff;

    c)    represent to purchasers, prospective purchasers, and members of the relevant trade and public that Plaintiff's goods are the goods of Defendants or vice versa; and

    d)    create a likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to the source of origin of Plaintiff's products and Defendants' products.

80.     Such uses by Defendants falsely suggest that Defendants are entities affiliated with Plaintiff **Impex**, and that Defendants' goods are authorized extensions of Plaintiff **Impex'** grated coconut product, all of which constitute false or misleading representations of material fact, in violation of 15 U.S.C. §1125(a).

81.     Plaintiff **Impex** exercises and can exercise no control over the nature and quality of grated coconut product sold by Defendants.

82.     Plaintiff **Impex** has no adequate remedy at law.   The said conduct of Defendants has caused, and if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff **Impex** in its trade dress in its grated coconut packaging and in its business reputation and good will.

83.     Plaintiff **Impex'** damages from the aforesaid unlawful actions of Defendants are not yet determined but are believed to be in excess of One Million Dollars ($1,000,000.00).

### COUNT VI
*(Unfair Competition, False and Misleading Representations in Commerce, and Palming Off under the Lanham Act)*

84.     This is a claim for unfair competition, false and misleading representations in commerce, and palming off under the trademark laws of the United States, 15 U.S.C. §1051 et seq.

85.     Plaintiff **Impex** repeats and realleges the allegations set forth in ¶¶1-83 as if fully set forth herein.

86.     Long after Plaintiff **Impex** had been using its **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks and trade dress, Defendants appropriated a nearly identical and confusingly similar trademark **KERALA DELIGHT**, applied same onto food products, including a grated coconut product, with packaging nearly identical and confusingly similar to Plaintiff's grated coconut product packaging, thereby palming off Plaintiff **Impex'** goods as the goods of the Defendants and/or vice versa.

87.     Defendants, in the course of adopting and using the trademark **KERALA DELIGHT** and the packaging of its grated coconut packaging, have intended by the aforesaid acts to:

a)      cause likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to the sponsorship or approval by Plaintiffs of the work and goods of Defendants;

b)      cause likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to Defendants' affiliation, connection, or association with Plaintiff;

c)      ·represent to purchasers, prospective purchasers, and members of the relevant trade and public that Plaintiff's goods are the goods of Defendants or vice versa; and

d)      create a likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to the source of origin of Plaintiff's products and Defendants' products.

88.     Plaintiff **Impex** has no adequate remedy at law.  The said conduct of Defendants has caused, and if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff Impex in its **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks and in its business reputation and good will.

89.     Plaintiff **Impex'** damages from the aforesaid unlawful actions of Defendants are not yet determined but are believed to be in excess of One Million Dollars ($1,000,000.00).

90.     Additionally, Plaintiff **Impex** is entitled to attorneys' fees and exemplary damages in excess of One Million Dollars ($1,000,000.00).

## COUNT VII
### *(State Unfair Competition, Trademark Infringement, and Palming Off)*

91.     This claim for relief arises under the common law and the Trademark Laws of the State of New York and arises out of the same occurrences and transactions set forth herein above.

92.     Plaintiff **Impex** repeats and realleges the allegations set forth in ¶¶1-90 as if fully set forth herein.

93.     Long after Plaintiff **Impex** had been using its **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks and trade dress, Defendants appropriated a nearly identical and confusingly similar trademark **KERALA DELIGHT**, applied same onto food products, including a grated coconut product, with packaging nearly identical and confusingly similar to Plaintiff's grated coconut product packaging, thereby palming off Plaintiff **Impex'** goods as the goods of the Defendants and/or vice versa.

94.     Defendants, in the course of adopting and using the trademark **KERALA DELIGHT** and the packaging of its grated coconut packaging, have intended by the aforesaid acts to:

a)      cause likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to

the sponsorship or approval by Plaintiffs of the work and goods of Defendants;

b) cause likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to Defendants' affiliation, connection, or association with Plaintiff;

c) represent to purchasers, prospective purchasers, and members of the relevant trade and public that Plaintiff's goods are the goods of Defendants or vice versa; and

d) create a likelihood of confusion or misunderstanding among purchasers, prospective purchasers, and members of the relevant trade and public as to the source of origin of Plaintiff's products and Defendants' products.

95. Plaintiff **Impex** has no adequate remedy at law. The said conduct of Defendants has caused, and if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff **Impex** in its **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks and in its business reputation and good will.

96. Plaintiff **Impex'** damages from the aforesaid unlawful actions of Defendants are not yet determined but are believed to be in excess of One Million Dollars ($1,000,000.00).

97. Additionally, Plaintiff **Impex** is entitled to attorneys' fees and exemplary damages in excess of One Million Dollars ($1,000,000.00).

-23-

## COUNT VIII
### *(State Unfair Competition and Dilution)*

98.     This claim for relief arises under the common law and the General Business Laws §360(k) and (l) of the State of New York and arises out of the same occurrences and transactions set forth herein above.

99.     Plaintiffs repeat and reallege each and every allegation contained in ¶ 1 through ¶97 as though fully set forth herein.

100.    Defendants, without the consent of Plaintiff **Impex**, have sold and used a reproduction, copy, and colorable imitation of Plaintiff **Impex'** products sold under the **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks, and such sale and use is likely to cause confusion, mistake, or deceive as to the source or origin of Plaintiff **Impex'** goods and/or dilute Plaintiff's **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks.

101.    Plaintiff **Impex** has and will suffer irreparable harm and damage as a result of Defendants' acts and Plaintiff has also suffered monetary damages in an amount not thus far determined but believed to be in excess of Ten Million Dollars ($10,000,000.00).

102.    Plaintiff **Impex** is entitled to attorneys' fees and exemplary damages in excess of One Million Dollars ($1,000,000.00).

## COUNT IX
### *(Unjust Enrichment)*

103.    This is a claim for unjust enrichment and arises under common law of the State of New York.

104.    Plaintiff **Impex** repeats and realleges the allegations set forth in ¶¶1-102 as if fully set forth herein.

105.    Defendants' use of a reproduction, copy, and colorable imitation of Plaintiff's products, its packaging, copyright, trade dress, and trademarks associated therewith, as an identifier of the origin of the goods of Defendants as aforesaid has unjustly enriched Defendants by depriving Plaintiff **Impex** of its profits from the sale of its goods sold under the **DAILY DELIGHT®, DESI DELIGHT®, SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks, including Plaintiff's grated coconut product.

106.    Plaintiff **Impex** has suffered irreparable harm and damage as a result of Defendants' wrongful acts and is suffering damages in an amount not thus far determined but are believed to be in excess of One Million Dollars ($1,000,000.00).

### COUNT X
*(Tortious Interference with Prospective Business Advantage)*

107.    This is a claim for relief from Defendants' tortious interference with prospective business advantages and arises under common law of the State of New York.

108.    Plaintiff **Impex** repeats and realleges the allegations set forth in ¶¶1-106 as if fully set forth herein.

109.    On information and belief, Defendants have communicated with potential customers of Plaintiffs with the intent to sell Defendants' infringing grated coconut packaging so as to interfere with Plaintiff's ability to engage in its business.

110.    Unless restrained, Defendants will continue to cause injury to Plaintiffs' business reputation and standing.

-25-

111.   Plaintiffs have suffered irreparable harm and there is no adequate remedy at law.

112.   The said conduct of Defendants has caused, and if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff **Impex** in its **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks, its copyright in its grated coconut packaging, its trade dress in its grated coconut packaging and in its business reputation and good will.

113.   Plaintiff **Impex**' damages from the aforesaid unlawful actions of Defendants are not yet determined but are believed to be in excess of One Million Dollars ($1,000,000.00).

114.   Additionally, Plaintiff **Impex** is entitled to attorneys' fees and exemplary damages in excess of One Million Dollars ($1,000,000.00).

## PRAYER FOR RELIEF

WHEREFORE, **Impex** Corporation demands judgment jointly and severally against Defendants **Mike Patel, Radhaswamy Inc. (d/b/a Raja Foods), Raja Foods & Vegetable, Inc. (a/k/a Raja Fruit & Vegetable), M&N Grocers, Inc. (d/b/a Patel Brothers, NY), Raja Foods, L.L.C., Raja Foods Houston, L.L.C., Raja Foods Atlanta, L.L.C., Various John Does, and Various Jane Does** (jointly and severally referred to below as "Defendants"), as follows:

(1)   That Defendants, their agents and employees, and all other persons or entities within their respective control or supervision, and all other persons or entities acting in concert or participation with them, be enjoined during the pendency of this action and permanently

from using or otherwise exploiting (a) the **KERALA DELIGHT** and **WAVE DESIGN** trademarks (b) any trademarks confusingly similar to Plaintiff's **DAILY DELIGHT®**, **DESI DELIGHT®**, **SEAFOOD DELIGHT®**, and **WAVE DESIGN** trademarks, © any trade dress similar to Plaintiff's trade dress used on its grated coconut packaging, and (d) any packaging infringing upon Plaintiff's copyright in its grated coconut product packaging.

(2)     That Defendants, their agents and employees, and all other persons or entities within their respective control or supervision, and all other persons or entities acting in concert or participation with them, be enjoined during the pendency of this action and permanently from unfairly competing with Plaintiffs in any manner;

(3)     That Defendants, their agents and employees, and all other persons or entities within their respective control or supervision, and all other persons or entities acting in concert or participation with them, provide Plaintiff with a full accounting of all infringing sales made by Defendants;

(4)     Judgment against Defendants in an amount sufficient to compensate Plaintiffs for the losses suffered as well as, where appropriate, statutory damages, including:

a.  Count I - Copyright Infringement: actual damages in an amount yet to be determined but believed to be in excess of One Hundred Thousand Dollars ($100,000.00);

b.  Count II - Trademark Infringement under the Lanham Act: damages in an amount yet to be determined but believed to be in excess of One Million Dollars ($1,000,000.00);

c. Count III - Trademark Counterfeiting under the Lanham Act: three times the amount of Defendants' profits (unknown at this time) or Plaintiff's damage, which, at this time, is an amount yet to be determined but believed to be in excess of Three Hundred Thousand Dollars ($300,000.00), whichever is larger; statutory damages for Defendants' willful counterfeiting of Plaintiff's trademarks in the amount of One Million Dollars ($1,000,000.00) per each use of each mark; and attorneys fees;

d.   Count IV -   Trademark Infringement of Plaintiff's Family of Trademarks: damages in an amount yet to be determined but believed to be in excess of One Million Dollars ($1,000,000.00) and attorneys fees;

e. Count V - Trade Dress infringement: damages in an amount yet to be determined but believed to be in excess of One Million Dollars ($1,000,000.00), and attorneys fees;

f. Count VI - Unfair Competition, False and Misleading representations in Commerce, and Palming Off under the Lanham Act: damages in an amount yet to be determined but believed to be in excess of One Million Dollars ($1,000,000.00), exemplary damages in the amount of One Million Dollars ($1,000,000.00); and attorneys fees;

g. Count VII - State Unfair Competition, Trademark Infringement, and Palming Off: damages in an amount yet to be determined but believed to be in excess of One Million Dollars ($1,000,000.00), exemplary damages in the amount of One Million Dollars ($1,000,000.00); and attorneys fees;

h.   Count VIII - State Unfair Competition and Dilution: damages in an amount yet to be determined but believed to be in excess of Ten Million Dollars ($10,000,000.00), exemplary damages in the amount of One Million Dollars ($1,000,000.00); and attorneys fees;

I.   Count IX - Unjust Enrichment: damages in an amount yet to be determined but believed to be in excess of One Million Dollars ($1,000,000.00); and

j.   Count X - Tortious Interference with Prospective Business Advantage: damages in an amount yet to be determined but believed to be in excess of One Million Dollars ($1,000,000.00), exemplary damages in the amount of One Million Dollars ($1,000,000.00); and attorneys fees;

(5).   Pre-judgment interest and post-judgment interest;

(6)   Any such other and further relief that this Court may deem appropriate.

FURGANG & ADWAR, L.L.P.
Attorneys for Plaintiff

By _____
Philip Furgang (PF-5654)
2 Crosfield Avenue, Suite 210
West Nyack, New York 10994
845-353-1818

Dated: 2/8/07

# Exhibit A



United States Patent and Trademark Office

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Aug 23 04:17:01 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP | | CURR LIST |
| FIRST DOC | PREV Doc | | | |

**Logout** | Please logout when you are done to release system resources allocated for you.

**Start** | List At: [       ]  OR  **Jump** | to record: [       ]  **Record 3 out of 3**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | DAILY DELIGHT |
| **Goods and Services** | IC 029. US 046. G & S: frozen goods, namely, seafood and prepared side dishes and entrees consisting primarily of seafood and processed vegetables. FIRST USE: 19981102. FIRST USE IN COMMERCE: 19981102 |
| | IC 030. US 046. G & S: frozen foods, namely, prepared side dishes and entrees consisting primarily of rice and/or pasta. FIRST USE: 19981102. FIRST USE IN COMMERCE: 19981102 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75593248 |
| **Filing Date** | November 23, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 28, 1999 |
| **Registration Number** | 2331683 |
| **Registration Date** | March 21, 2000 |
| **Owner** | (REGISTRANT) IMPEX CORPORATION CORPORATION NEW JERSEY 399 St. Pauls Avenue Jersey City NEW JERSEY 07306 |
| **Attorney of Record** | Philip Furgang |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

# Exhibit B



## United States Patent and Trademark Office

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Aug 23 04:17:01 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | | CURR LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ]  OR  Jump | to record: [        ]   **Record 2 out of 3**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DESI DELIGHT |
| **Goods and Services** | IC 030. US 046. G & S: Frozen prepared foods, namely, rice-based and wheat-based frozen entrees; and bakery products. FIRST USE: 20040812. FIRST USE IN COMMERCE: 20040812 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 78242180 |
| **Filing Date** | April 25, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 20, 2004 |
| **Registration Number** | 3024362 |
| **Registration Date** | December 6, 2005 |
| **Owner** | (REGISTRANT) Impex Corporation CORPORATION NEW JERSEY 399 St. Pauls Avenue Jersey City NEW JERSEY 07306 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | | CURR LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

# Exhibit C



### United States Patent and Trademark Office

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Aug 23 04:17:01 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | | CURR LIST |
| NEXT DOC | LAST DOC |

**Logout** | Please logout when you are done to release system resources allocated for you.

**Start** | List At: [            ]  OR  **Jump** | to record: [          ]   **Record 1 out of 3**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*
*Browser to return to TESS)*

# SEAFOOD DELIGHT

| | |
|---|---|
| **Word Mark** | SEAFOOD DELIGHT |
| **Goods and Services** | IC 029. US 046. G & S: SEAFOOD, FISH, SHELLFISH, FRESH, FROZEN, PASTEURIZED AND PROCESSED SEAFOOD. FIRST USE: 20060417. FIRST USE IN COMMERCE: 20060417 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78637770 |
| **Filing Date** | May 26, 2005 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 21, 2006 |
| **Owner** | (APPLICANT) IMPEX CORPORATION CORPORATION NEW JERSEY 399 ST. PAULS AVENUE JERSEY CITY NEW JERSEY 07306 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SEAFOOD" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | | CURR LIST |
| NEXT DOC | LAST DOC |

# Exhibit D



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Feb 8 04:14:25 EST 2007*





Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [　　　] OR Jump | to record: [　　　]  **Record 3 out of 248**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

| Word Mark | DD |
| Goods and Services | IC 030. US 046. G & S: frozen foods, namely rice based and wheat-based entrees; bakery products; dessert puddings, dessert soufflés, dessert mousse; bakery desserts. FIRST USE: 19981102. FIRST USE IN COMMERCE: 19981102 |
| | IC 029. US 046. G & S: frozen foods, namely seafood and prepared side dishes and entrees consisting of seafood, processed vegetables, rice, wheat, and/or paste; fresh, frozen, pasteurized and processed seafood, fish, and shellfish; frozen fruits. FIRST USE: 19981102. FIRST USE IN COMMERCE: 19981102 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 01.15.18 - More than one drop including teardrops or raindrops; multiple drops (rain, tear, etc.); Raindrops (more than a single drop); Teardrops (more than a single drop) 06.03.03 - Ocean; Ripples (multiple waves); Waves, open sea (multiple waves) 26.01.21 - Circles that are totally or partially shaded. 26.11.21 - Rectangles that are completely or partially shaded 26.11.25 - Rectangles with one or more curved sides |
| Serial Number | 78970424 |
| Filing Date | September 8, 2006 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) Impex Corporation CORPORATION NEW JERSEY 399 St. Pauls Avenue Jersey City NEW JERSEY 07306 |
| Attorney of Record | Brian Scanlon |

**Description of Mark**     The color(s) blue, yellow, and red is/are claimed as a feature of the mark.

**Type of Mark**     TRADEMARK

**Register**     PRINCIPAL

**Live/Dead Indicator**     LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit E

5



December 23, 2003
Vol.1, No.37

# അമേരിക്കൻ മലയാളി

KERALA PUBLICATIONS INC., P.O.BOX 3230, NEWARK, NJ 07103   Price $ 0.75

**THE AMERICAN MALAYALEE- A CULTURAL NEWS WEEKLY OF MALAYALEES IN NORTH AMERICA**

## അമേരിക്കയിൽ മലയാളി യുവാവ് വെടിയേറ്റ് മരിച്ചു



## അമേരിക്കയിൽ രണ്ട് ഇന്ത്യൻ പ്രൊഫസർമാർക്ക് ഉന്നത ബഹുമതി



(ശേഷം പേജ് കാണുക)

ക്രിസ്മസ് പ്ലസ്
21-ാം പേജ് കാണുക.



AN ISO 9001: 2000 CERTIFIED COMPANY
WITH DAILY DELIGHT, PERIYAR AND GRANDMAS
YOU COULD WIN ONE OF..

1  Grand Prize

15  Daily Delight Gift Pack
30 varieties in one pack.
Taste the difference

20 Periyar Gift Pack
24 varities in one pack.
Flavour at its best.

25 Grandmas Gift Pack
24 varities in one pack.
Home made Specialty.









Grandma's

IMPEX CORPORATION
399, St. PAULS AVENUE, JERSEY CITY, NJ - 07306
Tel: 201-792-1199, Fax: 201-792 - 4482  Visit us: www.dailydelight.com

Advt in Vave 76
Case 1:07-cv-00582-CBA-SMG   Document 1   Filed 02/09/07   Page 42 of 106 PageID #: 251

# ലയാളംപത്രം

AYALAM WEEKLY-NEWSPAPER

© 2003   Price $ 1.00   Periodicals Postage Pad

ATHRAM, 587, MAIN STREET, SUITE # 107, NEW ROCHELLE, NEW YORK 10801   Phone:(914)576-9500 Fax:(914)576-9100 E-mail: pathram@aol.com, mpathram@sanchamet.in

## ഇന്ത്യൻ വംശജർക്ക് ഇരട്ട പൗരത്വം ഉടൻ: പ്രധാനമന്ത്രി



## നേതൃമാറ്റം ഹൈക്കമാൻഡ് സമ്മതിച്ചു: കരുണാകരൻ

---

## വീണ്ടും കെ.കരുണാകരൻ



## പുതിയ സംഭവവികാസം ...ഏർപ്പെടുത്തുന്നു

## യുവതി പിടിയിൽ



---

# അമേരിക്കയിൽ നിന്ന് കോടികൾ തട്ടി മലയാളികൾ മുങ്ങി



# PARAYIL FOOD PRODUCTS PVT. LIMITED
## AN ISO 9001 - 2000 CERTIFIED & HACCP IMPLEMENTED COMPANY
### With Daily Delight, Periyar, Godavari and Grandmas
YOU COULD WIN ONE OF..

1   Grand Prize
TWO ROUND TRIP AIRLINE TICKETS

15   Daily Delight Gift Pack
30 varieties in one pack.
Taste the difference

20 Periyar Gift Pack
24 Varities in one pack.
Flavour at its best.

25 Grandmas Gift Pack
24 varities in one pack.
Home made Specialty.

ഗുണമേന്മയുള്ളതും, സ്വാദിഷ്ടവുമായ, മട്ടൻ ബിരിയാണി, ചിക്കൻ ബിരിയാണി, കപ്പ ബിരിയാണി, ഇറച്ചി കട്ലറ്റ്, പഫ്സ്, തുടങ്ങിയ കൊതിയൂറും വിഭവങ്ങൾ അമേരിക്കയിലെ USDA അംഗീകാരമുള്ള ഞങ്ങളുടെ ഫാക്ടറിയിൽ നിന്നും ലഭ്യമാണ്.

○ സ്വാദിഷ്ടമായ പൊറോട്ട, ഇലയട, ചപ്പാത്തി, ഇഡ്ഡലി, മസാലദോശ, നെയ്യപ്പം, പായസം തുടങ്ങിയ കഴിക്കാൻ തയ്യാർ വിഭവങ്ങൾ.

○ പുതുമ നഷ്ടപ്പെടാതെ ആധുനികരീതിയിൽ സംസ്കരിച്ചെടുക്കുന്ന മുരിങ്ങക്കാ, ചക്ക, ചക്കക്കുരു, തേങ്ങ, കൂർക്ക, പച്ചക്കപ്പ, കടച്ചക്ക മുതലായ പച്ചക്കറികൾ.

○ മലയാളത്തനിമ നിലനിർത്തുന്ന സുഗന്ധ വ്യഞ്ജനങ്ങൾ, കറിപൗഡറുകൾ, മുറുക്ക്, അച്ചപ്പം, കുഴലപ്പം, കടലമിഠായി, മിക്ചർ, ശർക്കര പുരട്ടി, തുടങ്ങിയ പലഹാരങ്ങൾ.

○ മനസ്സിലെ മധുരിക്കുന്ന ഓർമയായ അച്ചാറുകൾ, ജാമുകൾ.

○ കരിമീൻ, നെയ്മീൻ, ആവോലി, അയല തുടങ്ങിയ മത്സ്യവിഭവങ്ങൾ.

ഈ ഉത്സവകാലം മലയാളിമനസ്സിന്റെ മന്ത്രണമായ, രുചിലോകം അംഗീകരിച്ച നിങ്ങളുടെ ഇഷ്ട ബ്രാന്റുകളോടൊപ്പം.

 Daily delight   PERIYAR   GODAVARI   Grandma's

ISO 9001 - 2000, HACCP തുടങ്ങി ഭക്ഷ്യോത്പന്നമേഖലയിൽ മറ്റാർക്കുമില്ലാത്ത സവിശേഷതയുള്ള ഞങ്ങളുടെ കമ്പനി പ്രിയങ്കരരായ ഉപഭോക്താ ക്കൾക്കു വേണ്ടി ഒരുക്കിയിരിക്കുന്ന സമ്മാനപദ്ധതി ( Sweepstakes) കൂപ്പണുകളിലൂടെ നിങ്ങളുടെ വിലയേറിയ അഭിപ്രായങ്ങൽ സാദരം ക്ഷണിക്കുന്നു.

# IMPEX CORPORATION
## 399, St. PAULS AVENUE, JERSEY CITY, NJ - 07306
Tel: 201-792-1199, Fax: 201-792 - 4482  Visit us: www.dailydelight.com

Hand Rage — 5

# മലയാളിമനസ്
## MALAYALI MANASU

P.B. No. 123, Pathanamthitta 689 645, Kerala, India

International Office : K International Publications INC, 11471, W. Sample Road#10, Coral Springs, Florida - 33065, USA

VOL.3   ISSUE. 3

2003 DECEMBER 12

PRICE $1.00

## കേരളം ക്രിസ്തുമസ് ലഹരിയിൽ

# കോൺഗ്രസ് ഗ്രൂപ്പ് വഴക്ക് – നേതാക്കൾ വീണ്ടും ഒന്നിക്കുന്നു പൊതുജനം കഴുതകളായി!!



## അബ്ദുല്ലയിൽ കാസ്യൂടോങ്ക് ലോറിയും കുട്ടിയിടിച്ചു കൊല്ലപ്പെട്ടു



അമേരിക്കൻ വാർത്തകൾ
പേജ് 5, 18 മുതൽ 22വരെ

വിദേശ വാർത്തകൾ
പേജ് 16, 17

ശേഖിയ വാർത്തകൾ
പേജ് 23, 24

കേരള വാർത്തകൾ
പേജ് മുതൽ 15വരെ

സാഹിത്യം/സംസ്കാരം
പേജ് 27

കായികവാർത്തകൾ
പേജ് 26

ചിത്രശാല
പേജ് 25 .........

ക്രിസ്തുമസ്
നവവത്സര
ഏറ്റം മംഗളകരമാ
മവും ഭവിക്കാൻ
മലയാളിമനസിന്റെ
ക്രിസ്തുമസ്
ആശംസകൾ



**AN ISO 9001 ... COMPANY**

WITH DAILY DELIGHT, PERIYAR, GODAVARI AND GRANDMAS
YOU COULD WIN ONE OF ...

ഗുണമേന്മയുള്ളതും, സ്വാദിഷ്ടവുമായ, മട്ടൻ ബിരിയാണി, ചിക്കൻ ബിരിയാണി, കപ്പ ബിരിയാണി, ഇറച്ചി കട്ലറ്റ്, പഫ്സ്, തുടങ്ങിയ കൊതിയൂറും വിഭവങ്ങൾ അമേരിക്കയിലെ USDA അംഗീകാരമുള്ള ഞങ്ങളുടെ ഫാക്ടറിയിൽ നിന്നും ലഭ്യമാണ്.

○ സ്വാദിഷ്ടമായ പൊറോട്ട, ഇലയട, ചപ്പാത്തി, ഇഡ്ഢ്ലി, മസാലദോശ, നെയ്യപ്പം, പായസം തുടങ്ങിയ കഴിക്കാൻ തയ്യാർ വിഭവങ്ങൾ.
○ പുതുമ നഷ്ടപ്പെടാതെ ആധുനികരീതിയിൽ സംസ്കരിച്ചെടുക്കുന്ന മുരിങ്ങക്കാ, ചക്ക, ചക്കക്കുരു, തേങ്ങ, കൂർക്ക, പച്ചപ്പ, കടച്ചക്ക മുതലായ പച്ചക്കറികൾ.
○ മലയാളത്തനിമ നിലനിർത്തുന്ന സുഗന്ധ വ്യഞ്ജനങ്ങൾ, കറിപ്പൗഡറുകൾ, മുളക്, അച്ചാർ, കുഴലപ്പം, കടലമിഠായി, മിക്ചർ, ശർക്കര പുരട്ടി, തുടങ്ങിയ പലഹാരങ്ങൾ.
○ മനസിലെ മധുരിക്കുന്ന ഓർമയായ അച്ചാറുകൾ, ജാമുകൾ.
○ കരിമീൻ, നെയ്മീൻ, ആവോലി, അയല തുടങ്ങിയ മത്സ്യവിഭവങ്ങൾ.

ഈ ഉത്സവകാലം മലയാളിമനസ്സിന്റെ മന്ത്രണമായ, രുചിലോകം അംഗീകരിച്ച
നിങ്ങളുടെ ഇഷ്ട ബ്രാന്റുകളോടൊപ്പം.

   **Grandma's**

ISO 9001 - 2000, HACCP തുടങ്ങി ഭക്ഷ്യോത്പന്നമേഖലയിൽ റ്റൂർക്കുറ്റില്ലാത്ത സവിശേഷതയുള്ള ഞങ്ങളുടെ കമ്പനി പ്രിയകരമാവ ഉപഭോക്താ ക്കൾക്കു വേണ്ടി ഒരുക്കിയിരിക്കുന്ന സമ്മാനപദ്ധതി (Sweepstakes) കൂപ്പണുകളിലൂടെ നിങ്ങളുടെ വിലയേറിയ അഭിപ്രായങ്ങൾ സാദരം ക്ഷണിക്കുന്നു.

# IMPEX CORPORATION
**399, St. PAULS AVENUE, JERSEY CITY, NJ - 07306**
Tel: 201-792-1199, Fax: 201-792 - 4482  Visit us: www.dailydelight.com

# മലയ
# വാർത്ത

## MALAYALAM VAARTHA

6816 CASTOR AVENUE, PHILADELPHIA, PA. 19149-2106.
Phone: (215) 722-3944, Fax: (215) 722-6558  E-mail: malvartha@aol.com

BIWEEKLY NEWSPAPER  VOL. 15 NO. 8  December 30, 2003  PRICE $ 1.25  PAGES 48  Periodical Postage Paid

## കത്തോലിക്കാ - ഓർത്തഡോക്സ് സഭാ ചർച്ചയ്ക്ക് പുതിയ കമ്മീഷൻ



## സർക്കാരിനെതിരെ കേരള പോലീസ് നിയമയുദ്ധത്തിന് ഒരുങ്ങുന്നു

## ഗുണ്ടാലിസ്റ്റുകളുടെ എണ്ണം കുറയുന്നു: എ.ഡി.ജി.പി.

## കേരളത്തിൽ ഗുണ്ടാനിയമം ഉടൻ

# ക്രിസ്മസ് - നവവത്സരാശംസകൾ



AN ISO 9001 ... COMPANY
WITH DAILY ... GRANDMAS
YOU COULD WIN ONE OF

ഗുണമേന്മയുള്ളത് സ്വാദിഷ്ടവുമായ ... മട്ടൻ ബിരിയാണി, ചിക്കൻ ബിരിയാണി, കപ്പ ബിരിയാണി, ഇറച്ചി കട്‌ലറ്റ്, പഫ്സ്, തുടങ്ങിയ
കൊതിയൂറും വിഭവങ്ങൾ അമേരിക്കയിലെ USDA അംഗീകാരമുള്ള ഞങ്ങളുടെ ഫാക്ടറിയിൽ നിന്നും ലഭ്യമാണ്.

- സ്വാദിഷ്ടമായ മീൻകാറി, ഇലയട, ചപ്പാത്തി, ഇഡ്ഡലിക്കരി, മസാലദോശ, നെയ്‌പ്പം, പായസം തുടങ്ങിയ കഴിക്കാൻ തയ്യാർ വിഭവങ്ങൾ.
- പുതുമ നഷ്ടപ്പെടാതെ ആധുനികരീതിയിൽ സംസ്കരിച്ചെടുക്കുന്ന മുരിങ്ങക്ക, ചക്ക, ചക്കക്കുരു, തേങ്ങ, കൂർക്ക, പച്ചക്കപ്പ, കടച്ചക്ക മുതലായ പച്ചക്കറികൾ.
- മലയാളത്തനിമ നിലനിർത്തുന്ന സുഗന്ധ വ്യഞ്ജനങ്ങൾ, കറിപ്പൗഡറുകൾ, മുറുക്ക്, അച്ചപ്പം, കുഴലപ്പം, കടലമിഠായി, മിക്ച്ചർ, ശർക്കര പുരട്ടി, തുടങ്ങിയ പലഹാരങ്ങൾ.
- മനസിലെ മധുരിക്കുന്ന ഓർമയായ അച്ചാറുകൾ, ജാമുകൾ.
- കരിമീൻ, നെയ്മീൻ, ആവോലി, അയല തുടങ്ങിയ മത്സ്യവിഭവങ്ങൾ.

## ഈ ഉത്സവകാലം മലയാളിമനസ്സിന്റെ മന്ത്രണമായ, രുചിലോകം അംഗീകരിച്ച നിങ്ങളുടെ ഇഷ്ട ബ്രാന്റുകളോടൊപ്പം.

    **Grandma's**

ISO 9001 - 2000, HACCP തുടങ്ങി ഭക്ഷ്യോത്പന്നമേഖലയിൽ മുൻനിരക്കുമ്പോള്ള അംഗീകാരത്തോടുള്ള ഞങ്ങളുടെ കമ്പനി പ്രിയങ്കരരായ ഉപഭോക്താ
ക്കൾക്കു വേണ്ടി ഒരുക്കിയിരിക്കുന്ന സമ്മാനപ്പദ്ധതി ( Sweepstakes) കൂപ്പണുകളിലൂടെ നിങ്ങളുടെ വിലയേറിയ അഭിപ്രായങ്ങൾ സാദരം ക്ഷണിക്കുന്നു.

# IMPEX CORPORATION
## 399, St. PAULS AVENUE, JERSEY CITY, NJ - 07306
### Tel: 201-792-1199, Fax: 201-792 - 4482  Visit us: www.dailydelight.com

# കേരളാ എക്സ്‌പ്രസ്

**PRICE 75¢**

# KERALA EXPRESS

2050 W. DEVON AVENUE · CHICAGO, ILLINOIS 60659 · WWW.KERALAEXPRESS.COM
TEL: 773.465.5359 · 630.728.7956 (24 HOURS) · FAX: 773.465.3800 · E-MAIL: NEWS@KERALAX.COM

December 26, 2003     Weekly Newspaper     Vol. XI No. 52     Periodicals Postage Paid

## ഫാ. കുര്യാക്കോസ് ഇടവഴിക്കൽ
## മലങ്കര ക്നാനായ മെത്രാപ്പോലീത്ത





### ക്രിസ്മസ് ആശംസകൾ

കേരളാ എക്സ്പ്രസ്



AN ISO 900... COMPANY

WITH D... GRANDMAS

YOU COULD WIN ONE OF...



1 Grand Prize

20 Periyar Gift Pack
24 varities in one pack.
Flavour at its best.

15 Daily Delight Gift Pack
30 varieties in one pack.
Taste the difference

25 Grandmas Gift Pack
24 varities in one pack.
Home made Specialty.

ഗുണമേന്മയുള്ളതും, സ്വാദിഷ്ഷവുമായ, മട്ടൻ ബിരിയാണി, ചിക്കൻ ബിരിയാണി, കപ്പ ബിരിയാണി, ഇറച്ചി കട്ലറ്റ്, പഫ്സ്, തുടങ്ങിയ കൊതിയൂറും വിഭവങ്ങൾ അമേരിക്കയിലെ USDA അംഗീകാരമുള്ള ഞങ്ങളുടെ ഫാക്ടറിയിൽ നിന്നും ലഭ്യമാണ്.

○ സ്വാദിഷ്ടമായ പൊറോട്ട, ഇലയട, ചപ്പാത്തി, ഇഡ്ഡലി, മസാലദോശ, ഒന്ലറ്റ്, പായസം തുടങ്ങിയ കഴിക്കാൻ തയ്യാർ വിഭവങ്ങൾ.

○ പുത്മ നഷ്ടപ്പെടാതെ ആധുനികരീതിയിൽ സംസ്കരിച്ചെടുക്കുന്ന മുരിങ്ങക്കാ, ചക്ക, ചക്കക്കുരു, തേങ്ങ, കൂർക്ക, പച്ചക്കപ്പ, കട്ച്ചക്ക മുതലായ പച്ചക്കറികൾ.

○ മലയാളത്തനിമ നിലനിർത്തുന്ന സുഗന്ധ വ്യഞ്ജനങ്ങൾ, കറിപൗവ്വുറുകൾ, മുനുക്ക്, അച്ചപ്പം, കുഴലപ്പം, കടലമിഠായി, മിക്ചർ, ശർക്കര പൂരട്ടി, തുടങ്ങിയ പലഹാരങ്ങൾ.

○ മനസിലെ മധുരിക്കുന്ന ഓർമയായ അച്ചാറുകൾ, ജാമുകൾ.

○ കരിമീൻ, നെയ്മീൻ, ആവോലി, അയല തുടങ്ങിയ മത്സ്യവിഭവങ്ങൾ.

## ഈ ഉത്സവകാലം മലയാളിമനസ്സിന്റെ മന്ത്രണമായ, രുചിലോകം അംഗീകരിച്ച നിങ്ങളുടെ ഇഷ്ട ബ്രാൻഡുകളോടൊപ്പം.

PERIYAR   Grandma's

ISO 9001 - 2000, HACCP തുടങ്ങി മേഖ്യാന്തപ്രമേഖലയിൽ മാർക്കുമില്ലാത്ത സവിശേഷതയുള്ള ഞങ്ങളുടെ കമ്പനി പ്രിയങ്കരരായ ഉപഭോക്താ ക്കൾക്കു വേണ്ടി ഒരുക്കിയിരിക്കുന്ന സമ്മാനപദ്ധതി ( Sweepstakes) കൂപ്പണുകളിലൂടെ നിങ്ങളുടെ വിലയേറിയ അഭിപ്രായങ്ങൾ സാദരം ക്ഷണിക്കുന്നു.

e-mail: news@sanghamam.info

# സംഗമം

S A N G H A M A M

GLOBAL MALAYALAM WEEKLY NEWSPAPER

Vol : 2 Issue No. 25    December 25, 2003    Pages : 58

Periodicals Postage Paid

Price : 75 c

# കോൺ: ഉടൻ പരിഹാരം വേണമെന്ന് ഹൈക്കമാന്റിനോട് ഘടകക്ഷികൾ



തിരുവനന്തപുരം: കോൺഗ്രസിലെ ഗ്രൂപ്പുവഴക്കിന് തന്ത്രപ്രധാനമായ ഇടപെടൽ ...

(ശേഷം പേജ് 3)

## എസ്. ബി. ഐയുടെ എ. ടി. എം

കൊച്ചി: കൊച്ചിക്കായലിലെ ജലം നില് സംഭവിച്ച എ. ടി. എം കേന്ദ്ര ...

## ഫാ. കുറിയാക്കോസ് ഇടവഴിക്കൽ മലങ്കര ക്നാനായ മെത്രാപ്പോലീത്ത



ഫാ. കുറിയാക്കോസ്

## ബോംബെയിൽ ചലച്ചിത്ര മേളയ്ക്ക് 100 കോടി ചെലവിൽ സാധ്യത

| | | |
|---|---|---|
| ഘടകക്ഷികൾ പാലം വലിച്ചാൽ ഗുരുവൻ പേജ് ......... 37 | വിവാദങ്ങളാംമറി എഴുത്തുകാർ വീണ്ടും എഴുമാംഗ് ജോസഫ് മാത്യു പേജ് ......... 38 | കേരളത്തെ ഇടവുരൻ രക്ഷിക്കട്ടെ എം. കെ. മണി പേജ് ......... 40 |

| | |
|---|---|
| യുദ്ധത്തിനു മുന്നോടും പുതിയ യാഗാംളും കെ. എം.ബാബു പേജ് ......... 41 | പ്രതിമാലിയൻ ഒരു കാർട്ടൂൺസ്റ്റുമുകളിൽ വിടവാംഗി ജോംസി ജോർജ് പേജ് ......... 42 |



AN ISO 9001 - 2000 CERTIFIED & HACCP IMPLEMENTED COMPANY

WITH DAILY DELIGHT, PERIYAR, GODAVARI AND GRANDMAS

YOU COULD WIN ONE OF..

**1  Grand Prize**
TWO ROUND TRIP
AIR LINE TICKETS

**15  Daily Delight Gift Pack**
36 varieties in one pack.
Taste the difference

**20 Periyar Gift Pack**
24 varities in one pack.
Flavour at its best.

**25 Grandma Gift Pack**
24 varities in one pack.
Home made Specialty.

ഗുണമേന്മയുള്ളതും, സ്വാദിഷ്ടവുമായ, മട്ടൻ ബിരിയാണി, ചിക്കൻ ബിരിയാണി, കപ്പ ബിരിയാണി, ഇറച്ചി കട്ലറ്റ്, പഫ്സ്, തുടങ്ങിയ കൊതിയൂറും വിഭവങ്ങൾ അമേരിക്കയിലെ USDA അംഗീകാരമുള്ള ഞങ്ങളുടെ ഫാക്ടറിയിൽ നിന്നും ലഭ്യമാണ്.

❂ സ്വാദിഷ്ടമായ പൊറോട്ട, ഇഡ്‌ലയ, ചപ്പാത്തി, ഇഡ്‌വടലി, മസാലദോശ, നെയ്യപ്പം, പായസം തുടങ്ങിയ കഴിക്കാൻ തയ്യാർ വിഭവങ്ങൾ.

❂ പുതുമ നഷ്ടപ്പെടാതെ ആധുനികരീതിയിൽ സംസ്കരിച്ചെടുക്കുന്ന മുരിങ്ങക്കാ, ചക്ക, ചക്കക്കുരു, തേങ്ങ, കൂർക്ക, പച്ചക്കപ്പ, കടച്ചക്ക തുടലായ പച്ചക്കറികൾ.

❂ മലയാളത്തനിമ നിലനിർത്തുന്ന സുഗന്ധ വ്യഞ്ജനങ്ങൾ, കരിപ്പൊടുരുകൾ, മുറുക്ക്, അച്ചപ്പം, കുഴലപ്പം, കടലമാവായി, മിക്ചർ, ശർക്കര ഉപ്പേരി, തുടങ്ങിയ പലഹാരങ്ങൾ.

❂ മനസിലലൂറുഴുരിക്കുന്ന ഓർമ്മയായ അച്ചാറുകൾ, ജാമുകൾ.

❂ കരിമീൻ, നെയ്മീൻ, ആവോലി, അയല തുടങ്ങിയ മത്സ്യവിഭവങ്ങൾ.

## ഈ ഉത്സവകാലം മലയാളിമനസ്സിന്റെ മന്ത്രണമായ, രുചിലോകം അംഗീകരിച്ച നിങ്ങളുടെ ഇഷ്ട ബ്രാന്റുകളോടൊപ്പം.

  PERIYAR  GODAVARI  Grandma's

ISO 9001 - 2000, HACCP തുടങ്ങി നിലവാരസ്ഥപനമേഖലയിൽ മുൻക്കാരുമില്ലാത്ത സവിശേഷതയുള്ള ഞങ്ങളുടെ കമ്പനി പ്രിയങ്കരരായ ഉപഭോക്താ കൽക്കായ് വേണ്ടി ഒരുക്കിയിരിക്കുന്ന സമ്മാനപദ്ധതി ( Sweepstakes) കൂണുകളിലൂടെ നിങ്ങളുടെ വിലയേറിയ അഭിപ്രായങ്ങൾ സാദരം ക്ഷണിക്കുന്നു.

# IMPEX CORPORATION
### 399, St. PAULS AVENUE, JERSEY CITY, NJ - 07306
### Tel: 201-792-1199, Fax: 201-792 - 4482  Visit us: www.dailydelight.com

Case 1:07-cv-00582-CBA-SMG   Document 1   Filed 02/09/07   Page 52 of 106 PageID #: 52

A acc - Biss pg

VOL.12 #33  AUGUST 14, 2002

# മലയാളം പത്രം

#1 MALAYALAM WEEKLY NEWSPAPER

MALAYALAMPATHRAM, $87, MAIN STREET, SUITE #107, NEWROCHELLE, NEWYORK 10801   Phone (914) 576-9500 Fax: (914) 576-9100 E-mail: psithram@aol.com, mpathram@sancharnet.in

© 2001   Price $ 1.00   Periodicals Postage Paid



ഐശ്വര്യ റായി
ബ്രിട്ടനിലെ
ജനപ്രീതിയുള്ള
ഇന്ത്യക്കാരി

## നെടുമ്പാശ്ശേരിയിൽ നിന്ന് കൂടുതൽ വിമാന സർവീസ്

## ഭീകരാക്രമണ ഭീഷണി: ഡൽഹിയിൽ ജാഗ്രത

## പ്രിയ രാജലക്ഷ്മീന്ദ്രറ്റ് അറംഗ്റിയ തിരക്കഥ





പ്രിയ രാജലക്ഷ്മി



കേരളീയ പലഹാരങ്ങളുടെ **ലോകത്ത്** കേരളത്തനിമയുടെ സ്പർശം

# ISO 9002 Certified

കമ്പനിയിൽ നിന്നും ഗുണമേൻമയുള്ള സ്വാദിഷ്ടമായ നിങ്ങളുടെ ഇഷ്ടവിഭവങ്ങൾ

അമേരിക്കയിൽ USDA അംഗീകാരത്തോടുകൂടി ഞങ്ങൾ ആരംഭിച്ചിരിക്കുന്ന ഫാക്ടറിയിൽ നിന്നും ചിക്കൻ ബിരിയാണി, മട്ടൻബിരിയാണി, കപ്പ ബിരിയാണി, ഇഞ്ചി കട്ലെറ്റ്, പഫ്സ്, തുടങ്ങിയ കൊതിയൂറുന്ന വിഭവങ്ങൾ ലഭ്യമാണ്

സ്വാദിഷ്ടമായ പൊറോട്ട, ഇടിയപ്പം, ഇഡ്ഡലി, ചപ്പാത്തി, നെയ്യപ്പം, സുഖിയൻ, പായസം തുടങ്ങിയ കഴിക്കാൻ തയ്യാർ വിഭവങ്ങൾ.

പുതുമ നഷ്ടപ്പെടാതെ ആധുനികരീതിയിൽ സംസ്കരിച്ചെടുക്കുന്ന മുരിങ്ങക്കാ, കടച്ചക്ക, പച്ചക്കപ്പ, ചക്ക, ചക്കക്കുരു, കുർക്ക, ശർക്ക, മുരലായ പച്ചക്കറികൾ.

മലയാളത്തനിമ നിലനിർത്തുന്ന സുഗന്ധവ്യഞ്ജനങ്ങൾ കറിപൗഡറുകൾ, മുറുക്ക്, അച്ചപ്പം, കായവറുത്തത് തുടങ്ങിയ പലഹാരങ്ങൾ.

മനസ്സിൽ മധുരിക്കുന്ന ഓർമ്മയായ അച്ചാറുകൾ, ജാമുകൾ, അതേ രുചിയിൽ.

കൂടാതെ നെയ്മീൻ, ആവോലി, അയല, കരിമീൻ, തുടങ്ങിയ എല്ലാവിധ മത്സ്യവിഭവങ്ങളും.

## മലയാളി മനസിന്റെ മന്ത്രണമായ


Daily delight
D


PERIYAR

GODAVARI   Grandma's

ഓണ വിഭവങ്ങൾ രുചിലോകം അംഗീകരിച്ച നിങ്ങളുടെ ഇഷ്ട ബ്രാന്റുകളിലൂടെ.

# IMPEX CORPORATION
### 399, St. PAULS AVENUE, JERSEY CITY, NJ 07306.
Tel : 201-792-1199, Fax : 201-792-4482 visit us : www.dailydelight.com

Case 1:07-cv-00582-CBA-SMG   Document 1   Filed 02/09/07   Page 54 of 106 PageID #: 54

MAIL FOR ADC 07099

ID#21057 S /
INPEX CORPORATION
399 SAINT PAULS AVE
JERSEY CITY NJ 07306-6100

Special feature about Vacuuweight on page 15

Page 9: Rag Food activ

# കേരളാ എക്സ്പ്രസ്

## KERALA EXPRESS

2050 W. DEVON AVENUE • CHICAGO, ILLINOIS 60659 • WWW.KERALAEXPRESS.COM
TEL: 773.465.5359 • 773.465.5329 • 773.465.5315 • FAX: 773.465.3800 • E-MAIL: NEWS@KERALAX.COM

PRICE 75¢

April 13, 2001          Weekly Newspaper          Vol. IX No. 15          Periodicals Postage Paid

## കരുണാകരൻ ബി.ജെ.പി. നേതാക്കളുമായി ബന്ധപ്പെട്ടു

## കരുണാകരൻ കോൺഗ്രസ് പ്രവർത്തകസമിതി വിട്ടു

## കോൺ...

### ചെറിയാനും ജോണും വിമതരായി മത്സരിക്കും



### യു.ഡി.എഫ്. ഘടകകക്ഷികൾക്ക് ആശങ്ക

## എന്നെ പഴിക്കുന്നതിൽ കാര്യമില്ല: ആന്റണി



വല്യപ്പാപ്പൻ



......... *Special feature* .........

# പാറയിൽ ഫുഡ് പ്രോഡക്ട്സ്...
## നാടൻ വിഭവങ്ങൾ അതിന്റെ
## തനതായ രുചിയിൽ



കോട്ടയം ജില്ലയിലെ നരിയങ്ങാനത്ത് പാറയിൽ ഫുഡ് പ്രോഡക്ട്സിന്റെ ആധുനിക രീതിയിൽ നിർമ്മിച്ച ഫാക്ടറി

> 1960 കളുടെ
> മധ്യത്തിൽ
> ശ്രീ. പി.ജെ. മാത്യു
> പാറയിലിന്റെ
> നേതൃത്വത്തിലാണ്
> പാറയിൽ ഗ്രൂപ്പിന്റെ
> വ്യവസായ സംരംഭങ്ങൾ
> ആരംഭിക്കുന്നത്.



### തോട്ടത്തിന്റെ തനിരുച്ചുള്ള ചിപ്‌സൊക്കെ









### മുന്നോട്ട്

ഒരു ദശകക്കാലത്തെ പ്രവൃത്തിപരിചയമെന്ന ആധാരശിലയിൽ...

Case 1:07-cv-00582-CBA-SMG    Document 1    Filed 02/09/07    Page 57 of 106 PageID #: 57

# പായിൽ ഗ്രൂപ്പ്: അമേരിക്കൻ മലയാളികളുടെ രുചി സാമ്രാട്ടുകൾ















ക്യാമ്പ്: ദിലീപ്ഫിഷ്.
ഫോൺ: 201-792-1193
ഫാക്സ്: 201-792-4483
email:sales@... www.dailydelight.com

# മലയാളംപത്രം

## MALAYALAMPATHRAM

597, MAIN STREET, SUITE # 107, NEW ROCHELLE, NEW YORK 10801
Phone: (914) 576-9500   Fax:(914) 576-9100   E-mail : pathram @ aol.com,  mpathram@ satyam.net.in

Copyright © 2001

WEEKLY NEWSPAPER

VOL.11 # 13  MARCH 14,  2001

Price $ 1.00
Periodicals Postage Paid

## സി.ജി.എഫ്.എൻ.എസ് പരീക്ഷാ കേന്ദ്രം സ്ഥാപിക്കാൻ തിരക്കിട്ട ശ്രമം

ജോബി ജോർജ്

# എസ്.എൻ.ഡി.പിയുടെ നിലപാട് സ്ഥാനാർത്ഥി ലിസ്റ്റിനെ ആശ്രയിച്ച്



## ദമ്പതികൾ ന്യൂസിലൻഡിൽ സ്വാഹകടത്തിൽ മരിച്ചു

---

# ദമ്പതികളുടെ ഘാതകന് വധശിക്ഷ

### അനിൽ ആറ്റുമുക



# Exhibit F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-362-142**

EFFECTIVE DATE OF REGISTRATION

8       28       06
Month    Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

Product Packaging - Grated Coconut

**NATURE OF THIS WORK ▼** See instructions

product packaging

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

**If published in a periodical or serial give: Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

a   Impex Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in   USA

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions

☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☒ Photograph    ☑ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

b   **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼       Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions

☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

a   **Year in Which Creation of This Work Was Completed**
1998
Year   in all cases.

This information must be given ONLY if this work has been published.

b   **Date and Nation of First Publication of This Particular Work**
Complete this information    Month January   Day 2   Year 1998
USA   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Impex Corporation, 399 St. Pauls Ave., Jersey City, NJ 07306

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 2 8 2006
ONE DEPOSIT RECEIVED
AUG 2 8 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

*Added by C.O. Authority e-mail from
Brian Scanlon of Furgang & Adwar, authorized
agent of the claimant, 9/11/06.

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| CORRESPONDENCE ☒ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Philip Furgang, Furgang & Adwar, LLP, 2 Crosfield Avenue, Suite 210, West Nyack, New York 10994

**b**

Area code and daytime telephone number   (845) 353-1818               Fax number   (845) 353-1996

Email  philip@furgang.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Impex Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Philip Furgang                                          Date August 23, 2006

Handwritten signature (CO) ▼

X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ Philip Furgang | **9** |
| | Number/Street/Apt ▼ 2 Crosfield Avenue, Suite 210 | |
| | City/State/Zip ▼ West Nyack, NY 10994 | |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA—Full  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper                      U.S. Government Printing Office: 2004-930-959/60,125

# Exhibit G

Resealable for your convenience



**Daily delight**

D

*Fresh Frozen*

GRATED COCONUT

Net Wt. 1 Lbs. (454gms)

KEEP FROZEN

# *Fresh Frozen*
# GRATED COCONUT

## STORAGE INSTRUCTIONS

*Store below ( -18° C)*
Keep frozen until ready to
prepare. Do not refreeze
after thawing.

## TO THAW:

Place product in bowl and
refrigerate overnight. To
quickly thaw place product
in colander under cold
running water.

# KEEP FROZEN

Specially packed for :

## IMPEX CORPORATION
## 399 ST. PAULS AVE.
## JERSEY CITY - NJ.07306
## PH-201 792 1199
## FAX-201 792 4482

Processed and Packed by :

## PARAYIL AGRO FOODS (P) LTD.

Nariyanganam, Kottayam,
Kerala, India - 686 579.

visit us : www.dailydelight.com

## PRODUCE OF INDIA



*Daily delight*
D

### Nutrition Facts

Serving Size : 13 g
Serving per pack 35

| Amount per serving | | |
|---|---|---|
| Calories : 45 | Calories from Fat : 25 | |
| | | % Daily Value* |
| Total Fat | 2.5 g | 4 % |
| Saturated fat | 2 g | 10 % |
| Cholesterol | 0 g | 0 % |
| Sodium | 0 mg | 0 % |
| Total Carbohydrate | 4g | 1 % |
| Dietary Fiber | 3 g | 12 % |
| Sugar | 1g | |
| Protein | 1g | |
| Vitamin A  0 % | | Vitamin C  0% |
| Calcium  0 % | | Iron  2 % |

* % Daily Values are based on a 2000 calorie diet.
Your daily values may be higher or lower
depending on your calorie needs.

| | Calories | | 2,000 | |
|---|---|---|---|---|
| Total Fat | Less than | 65 | gm |
| Sat Fat | Less than | 20 | gm |
| Cholesterol | Less than | 300 | mg |
| Sodium | Less than | 2400 | mg |
| Total Carbohydrate | | 300 | gm |
| Dietary Fiber | | 25 | gm |
| Calories per gm | | | |
| Fat 9  • Carbohydrates 4  • Protein 4 | | | |

Net Weight          :1 Lbs.

Packing Date        07 - 2006

Max. Retail Price      :

**Best before 24 months from
the date of packing.**



6  64648 72004  3

# Exhibit H



SWAD MALAYSIAN PLAIN PARATHA 24PKT X 300GM

**$17.00**

SWAD MALAYSIAN ONION PARATHA 24PKT X 300GM

**$17.00**

SWAD SHERMAL ROLL PLDESTY 16x5GM

**$22.00**

SWAD FROZEN 24 PCS X 520 GM

# $14.00

## SWAD TOOR LILVA
## SWAD VALOR LILVA
## SWAD KANTOLA
## SWAD PATRA
## SWAD PARVAL
## SWAD DRUMSTICK
## SWAD YAM (SURAN)
## SWAD METHI
## SWAD PALAK





# $18.00

**SWAD SHREDDED COCONUT**
**SWAD ARVI**
**SWAD GREEN CHILLI**
**SWAD KARELA**
**SWAD GUVAR**
**SWAD DUM ALOO**
**SWAD CHORI**
**SWAD CUT OKRA**
**SWAD VALOR**
**SWAD TINDORA**
**SWAD PUNJABI TINDA**
**SWAD SNAKE GOURD**
**SWAD RED ONION**
**SWAD FRENCH BEANS**
**SWAD WHOLE OKRA**

## *FROZEN VEGETABLES*

| | | |
|---|---|---|
| GREEN PEAS | 12 X 2.5LB | $10.00 |
| CUT BEANS | 12 X 2LB | $11.00 |
| PEAS & CARROT | 12 X 2.5LB | $12.00 |
| MIXED VEGETABLE | 12 X 2.5LB | $13.00 |
| CUT OKRA | 12 X 2LB | $13.00 |
| ITALIAN MIX | 12 X 2LB | $14.00 |
| ORIENTAL MIX | 12 X 2LB | $17.00 |
| LIMA BEANS | 12 X 2.5LB | $25.00 |

# WE ALSO CARRY THE FOLLOWING DAILY DELIGHT PRODUCTS.

| | |
|---|---|
| VEGETABLE CUTLET | 28PKT X 1LB |
| VEGETABLE PUFFS | 28PKT X 0.50LB |
| PARIPPVADA | 28PKT X 1LB |
| MASALA DOSA | 28PKT X 1LB |
| UPPAMA VEG | 28PKT X 1LB |
| IDIAPPAM WHITE | 28PKT X 1LB |
| IDIAPPAM BROWN | 28PKT X 1LB |
| IDLI | 28PKT X 1LB |
| OOTHAPAM ONION | 28PKT X 1LB |
| POROTTA INDIAN | 28PKT X 1LB |
| CEYLON POROTTA | 28PKT X 1LB |
| SPECIAL CHAPATHI | 28PKT X 1LB |
| VEGETABLE PULAO | 28PKT X 10oz |
| VEGETABLE BIRYANI | 28PKT X 10oz |
| FISH BIRYANI | 28PKT X 10oz |
| SHRIMP BIRYANI | 28PKT X 10oz |
| LAMB BIRYANI | 28PKT X 10oz |
| CHICKEN BIRYANI | 28PKT X 10oz |
| CHICKEN TIKKA MASALA | 28PKT X 10oz |
| MUTTON CURRY | 28PKT X 10oz |
| CHICKEN CURRY | 28PKT X 10oz |
| KERALA FISH CURRY | 28PKT X 10oz |
| DRUMSTICK BLOCK | 20PKT X 1LB |
| DRUMSTICK IQF | 20PKT X 1LB |
| GRATED COCONUT | 20PKT X 1LB |
| SLICED COCONUT | 20PKT X 1LB |
| SNAKE GOURD | 20PKT X 1LB |
| GOOSEBERRY | 20PKT X 1LB |
| RED OINION | 20PKT X 1LB |

# CANADIAN PRODUCTS

| | |
|---|---|
| **POROTTA** | **30PKT X 1LB** |
| **PLAIN ROTI** | **30PKT X  0.77LB** |
| **RUMALI ROTI** | **30PKT X 1LB** |
| **MIXED VEGETABLE ROTI WRAP** | **40PKT X 0.50LB** |
| **POTATO MASALA ROTI WRAP** | **40PKT X 0.50LB** |



## TERMS & CONDITIONS:
ALL FROZEN ITEMS WILL ONLY BE AVAILABLE FOR PICKUP ON A COD
CASH ONLY BASIS; WE WILL NOT DELIVER REGARDLESS OF DISTANCE
OR LOCATION.
## NO CHECKS OR CREDIT CARDS

# COMING SOON

## *SWAD FROZEN VEGETABLES*

SURTI UNDHIU MIX
SURTI PAPDI LEEVA
TANDAL JO NI BHAJI
SURTI PAPDI

## SWAD READY TO EAT FROZEN



CHANA MASALA
PALAK PANEER
MUTTER PANEER
PANEER MAKHNI
METHI MUTTER MALAI
PAV BHAJI MASALA
SAAG CHANA KORMA
MUGHLAI PANEER
PANEER PASANDA

## SWAD SAMOSAS

COCKTAIL SAMOSA
PUNJABI SAMOSA

## *SWAD PARATHA*

PUNJABI PARATHA
ALOO PARATHA
MULI PARATHA
GOBI PARATHA
PAPAD PARATHA
PANEER TIKKA PARATHA

# Exhibit I



## Kerala Delight

### K

*Fresh Frozen*
## GRATED COCONUT

*Kerala Delight brings
you the choicest of
Malabar Coconuts,
full of flavor & aroma.
The coconuts are grated
& frozen within hours
in hygienic condition,
giving you a full bodied
& great quality product.*

**Ingredients: Fresh Grated Coconut**

### STORAGE INSTRUCTIONS

Store below ( -18° C)
Keep frozen until ready to prepare.
Do not refreeze after thawing.

Marketed by:
**SABI FOODS INTERNATIONAL**
(Aust) Pty. Ltd.
26, Kimberly Rd, Dandenong,
Victoria 3175, Australia.

## Nutrition Facts

Serving Size 190g (½ cup)
Serving Per Container 2.5

**Amount Per Serving**

| **Calories** 450 | Calories from Fat 388 |
|---|---|
| | **% Daily Value*** |
| **Total Fat** 43g | **66%** |
| Saturated Fat 40g | **200%** |
| Trans Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 7.4mg | **0.3%** |
| **Total Carbohydrate** 11g | **3.7%** |
| Dietary Fiber 9g | **36%** |
| Sugars 1.2g | |
| **Protein** 4.5g | |

| Vitamin A 0% | • | Vitamin C 0% |
|---|---|---|
| Calcium 2.1% | • | Iron 14% |

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat. | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300mg | 375mg |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

## KEEP FROZEN

### PRODUCT OF INDIA

Batch No.:
BEST BEFORE END:



9 325566 024385

# Exhibit J



### United States Patent and Trademark Office

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Aug 23 04:17:01 EDT 2006*

[TESS HOME]  [NEW USER]  [STRUCTURED]  [FREE FORM]  [Browse Dict]  [SEARCH OG]  [BOTTOM]  [HELP]

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status]  [ASSIGN Status]  [TDR]  [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | KERALA DELIGHT KD |
| **Goods and Services** | IC 029. US 046. G & S: COOKING OIL, BUTTER GHEE, PICKLES, PROCESSED LENTILS, DRIED FRUITS, AND CANNED VEGETABLES; FLOUR, SPICES, RICE, POPPED RICE, RICE PRODUCTS, NAMELY, RICE PILAF AND RICE FLOUR, TEA, COFFEE, CANDY, PROCESSED HERBS, CEREAL GRAINS PREPARED FOR HUMAN CONSUMPTION, BREAD AND CAKES, PROCESSED BEANS; PROCESSED NUTS; SNACK FOODS, NAMELY, SOY-BASED SNACK FOODS, CEREAL BASED SNACK FOODS, RICE-BASED SNACK FOODS, AND CHICK-PEA BASED SNACK FOODS; FROZEN FRUIT AND VEGETABLES; FRUIT PULP; FRUIT PUREE; FROZEN AND PREPARED MEALS CONSISTING PRIMARILY OF MEAT, FISH, POULTRY, OR VEGETABLES; PROCESSED GRAINS; PROCESSED WHEAT; DESSERTS, NAMELY, BAKERY DESSERTS AND DAIRY-BASED DESSERTS, NAMELY, CHILLED OR WARM CAKE OR DUMPLING HAVING A MILK-BASED FILLING; FLOUR; SAUCES; CHUTNEY; BAKERY GOODS; BISCUITS; COOKIES; FROZEN AND PREPARED MEALS CONSISTING PRIMARILY OF PASTA AND RICE |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.08 - Drops (rain, tear, etc.); Raindrops; Teardrops<br>06.03.03 - Ocean; Ripples (multiple waves); Waves, open sea (multiple waves)<br>26.01.21 - Circles that are totally or partially shaded.<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.11.25 - Rectangles with one or more curved sides |
| **Serial Number** | 78880501 |
| **Filing Date** | May 10, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) M & N GROCERS, INC. CORPORATION NEW YORK 37 - 27 74TH STREET JACKSON HEIGHTS NEW YORK 11372 |

# Exhibit K



I:(201)792-1199
K:(201)792-4482

399 ST PAULS AVE
JERSEY CITY, NJ 07306

# Invoice

Invoice #:   00025487

Bill To:

PATEL BROTHERS, NY
~~87-27, 74TH ST.~~
~~JACKSON HEIGHTS, NY 11372~~

Ship To:

PATEL BROTHERS, NY
~~87-27, 74TH ST.~~
JACKSON HEIGHTS, NY 11372

| SALESPERSON | YOUR NO. | SHIP VIA | | | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | C.O.D. | | 7/17/06 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | | EXTENDED |
|---|---|---|---|---|---|---|
| 10 | 911 GCPLE | Grated Coconut 1 x 32pkt | $48.00 | | | $480.00 |
| 2 | 905TAPLE | Tapioca 2lb x 18pkt | $21.60 | | | $43.20 |
| 1 | 910 | Sliced Coconut 1lb x 24pkt | $36.00 | | | $36.00 |
| 2 | 902JGPLE | Jackfruit Green 1lb x 24pkt | $37.20 | | | $74.40 |
| 2 | 914GMPLE | Cut Green Mango 1lb x 32pkt | $48.00 | | | $96.00 |
| 10 | 942PDDPLE | Porotta D/D 1lb x 28pkt | $42.00 | cs | | $420.00 |
| 2 | 940CPPLE | Ceylon Porotta 1lb x 28pkt | $44.80 | cs | | $89.60 |
| 2 | 931SPCA | Special Chapathi 1lbs x 28 pkt | $42.00 | cs | | $84.00 |
| 2 | 934IDW | Idiappam White 1lbs x 28 pkt | $42.00 | cs | | $84.00 |
| 1 | 935 IDB | Idiappam Brown 1lb x 28pkt | $42.00 | cs | | $42.00 |
| 2 | 984IDPLE | Idli 1lbs x 28pkts | $42.00 | | | $84.00 |
| 1 | 966OOPLE | Onion Oothappam 1lb x 28pkt | $44.80 | | | $44.80 |
| 2 | 952VPPLE | Veg. Pulao 10oz x 28pkt | $50.40 | | | $100.80 |
| 2 | 900-MUT-CU | Mutton Curry 10oz x28 pkt | $91.00 | cs | | $182.00 |
| 2 | 900-CHK-BII | Chicken Biriyani 28 x10oz | $63.00 | cs | | $126.00 |
| 2 | 900-CHK-CU | Chicken Curry  10 oz x 28 pkt | $70.00 | cs | | $140.00 |
| 2 | 900-CHK-TII | Chicken Tikka Masala 10oz x28 | $77.00 | cs | | $154.00 |
| 1 | 951KFCPLE | Kerala Fish Curry 10oz x 28pkt | $64.40 | | | $64.40 |
| 1 | 979SMPLE | Shrimp Masala 10oz x 28pkt | $74.20 | | | $74.20 |
| 1 | 903DIQFPLS | Drumstick IQF 1lb x 32pkt | $45.00 | cs | | $45.00 |

50

| | |
|---|---|
| SALE AMOUNT | $2,464.40 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $2,464.40 |
| PAID | $0.00 |
| BALANCE DUE | $2,464.40 |

7/17/06



I:(201)792-1199
x:(201)792-4482

399 ST PAULS AVE
JERSEY CITY, NJ 07306

# Invoice

Invoice #:   00025472

Bill To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

Ship To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

| SALESPERSON | YOUR NO. | SHIP VIA | | | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | C.O.D. | | 7/14/06 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | | EXTENDED |
|---|---|---|---|---|---|---|
| 35 | 942PDDPLE | Porotta D/D 1lb x 28pkt | $42.00 | cs | | $1,470.00 |
| 55 | 911 GCPLE | Grated Coconut 1 x 32pkt | $48.00 | | | $2,640.00 |
| 4 | 902JGPLE | Jackfruit Green 1lb x 24pkt | $37.20 | | | $148.80 |
| 2 | 901JSCPLE | Jackfruit Seeds-Cooked 1lbx32 | $44.80 | | | $89.60 |
| 2 | 910 | Sliced Coconut 1lb x 24pkt | $36.00 | | | $72.00 |
| 4 | 917AVM | Aviyal Mix 1lb x 24pkt | $40.80 | | | $163.20 |
| 2 | 908SMPLE | Sambar Mix 1lb x 24 pkts | $40.80 | | | $81.60 |

| | |
|---|---|
| SALE AMOUNT | $4,665.20 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $4,665.20 |
| PAID | $0.00 |
| BALANCE DUE | $4,665.20 |



**l:**(201)792-1199
**x:**(201)792-4482

399 ST PAULS AVE
JERSEY CITY, NJ 07306

# Invoice

Invoice #:   00025361

Bill To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

Ship To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

| SALESPERSON | YOUR NO. | SHIP VIA | | | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | C.O.D. | | 6/30/06 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | | EXTENDED |
|---|---|---|---|---|---|---|
| 45 | 911 GCPLE | Grated Coconut 1 x 32pkt | $48.00 | | | $2,160.00 |
| 50 | 942PDDPLE | Porotta D/D 1lb x 28pkt | 40  $42.00 | cs | | $2,100.00 |
| 3 | 910 | Sliced Coconut 1lb x 24pkt | $36.00 | | | $108.00 |
| 5 | 940CPPLE | Ceylon Porotta 1lb x 28pkt | $44.80 | cs | | $224.00 |
| 3 | 993PBPLE | Puff Pastry Sheets 1.17x26 | $65.00 | CS | | $195.00 |
| 2 | 921VCPLE | Vegetable Cutlet 1lb x 28pkt | $50.40 | | | $100.80 |
| 2 | 931SPCA | Special Chapathi 1lbs x 28 pkt | $42.00 | cs | | $84.00 |
| 1 | 914GMPLE | Cut Green Mango 1lb x 32pkt | $48.00 | | | $48.00 |
| 3 | 934IDW | Idiappam White 1lbs x 28 pkt | $42.00 | cs | | $126.00 |
| 2 | 935 IDB | Idiappam Brown 1lb x 28pkt | $42.00 | cs | | $84.00 |
| 2 | 900-CHK-BII | Chicken Biriyani 28 x10oz | $63.00 | cs | | $126.00 |
| 2 | 900-CHK-TII | Chicken Tikka Masala 10oz x28 | $77.00 | cs | | $154.00 |
| 2 | 902JGPLE | Jackfruit Green 1lb x 24pkt | $37.20 | | | $74.40 |

122

$\mathcal{E}$ 2000

$\mathcal{E}$ 5484=00

$\mathcal{E}$ 275=0

$\mathcal{E}$ 5209=20

| | | |
|---|---|---|
| SALE AMOUNT | | $5,584.20 |
| FREIGHT | | $0.00 |
| SALES TAX | | $0.00 |
| TOTAL | | $5,584.20 |
| PAID | | $0.00 |
| BALANCE DUE | | 5204=20  $5,584.20 |





**IMPEX**

Tel:(201)792-1199
Fax:(201)792-4482

399 ST PAULS AVE
JERSEY CITY, NJ 07306

## Invoice

Invoice #:   00025179

Bill To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

Ship To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

| SALESPERSON | YOUR NO. | SHIP VIA | | | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | C.O.D. | 6/3/06 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | | PRICE/CS | UNIT | | EXTENDED |
|---|---|---|---|---|---|---|---|
| 40 | 942PDDPLE | Porotta D/D 1lb x 28pkt | | $40.00 | cs | | $1,600.00 |
| 60 | 911 GCPLE | Grated Coconut 1 x 32pkt | | $48.00 | | | $2,880.00 |
| 5 | 940CPPLE | Ceylon Porotta 1lb x 28pkt | | $44.80 | cs | | $224.00 |
| 5 | 902JGPLE | Jackfruit Green 1lb x 24pkt | | $37.20 | | | $186.00 |
| 5 | 935 IDB | Idiappam Brown 1lb x 28pkt | | $42.00 | cs | | $210.00 |
| 2 | 934IDW | Idiappam White 1lbs x 28 pkt | | $42.00 | cs | | $84.00 |
| 3 | 900-CHK-TIK | Chicken Tikka Masala 10oz x28 | | $77.00 | cs | | $231.00 |
| 2 | 900-CHK-BII | Chicken Biriyani 28 x10oz | | $63.00 | cs | | $126.00 |
| 2 | 900-CHK-CU | Chicken Curry 10 oz x 28 pkt | | $70.00 | cs | | $140.00 |

$BF$ — # 25 024  $ 299·45

| | | SALE AMOUNT | $5,681.00 |
|---|---|---|---|
| | | FREIGHT | $0.00 |
| | | SALES TAX | $0.00 |
| | | TOTAL | $5,681.00 |
| | | PAID | $0.00 |
| | | BALANCE DUE | $5,681.00 |



**IMPEX**

l:(201)792-1199
к:(201)792-4462

399 ST PAULS AVE
JERSEY CITY, NJ 07306

# Invoice

Invoice #:   00025024

Bill To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

Ship To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

| SALESPERSON | YOUR NO. | SHIP VIA | | | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | C.O.D. | | 5/12/06 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | | EXTENDED |
|---|---|---|---|---|---|---|
| 2 | 902JGPLE | Jackfruit Green 1lb x 24pkt | $37.20 | | | $74.40 |
| 30 | 942PDDPLE | Porotta D/D 1lb x 28pkt | $42.00 | cs | | $1,260.00 |
| 25 | 911 GCPLE | Grated Coconut 1 x 32pkt | $48.00 | | | $1,200.00 |
| 1 | 920URPLE | Uppuma Regular 1lb x 28pkt | $39.20 | | | $39.20 |
| 2 | 934IDW | Idlappam White 1lbs x 28 pkt | $42.00 | cs | | $84.00 |
| 2 | 935 IDB | Idlappam Brown 1lb x 28pkt | $42.00 | cs | | $84.00 |
| 3 | 993PBPLE | Puff Pastry Sheets 1.17x26 | $65.00 | CS | | $195.00 |
| 3 | 940CPPLE | Ceylon Porotta 1lb x 28pkt | $44.80 | cs | | $134.40 |

68

| | | |
|---|---|---|
| SALE AMOUNT | $3,071.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $3,071.00 |
| PAID | $0.00 |
| BALANCE DUE | $3,071.00 |



**IMPEX**

l:(201)792-1199
x:(201)792-4482

399 ST PAULS AVE
JERSEY CITY, NJ 07306

# Invoice

Invoice #:   00024929

Bill To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

Ship To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

| SALESPERSON | | YOUR NO. | SHIP VIA | | | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | C.O.D. | | 4/26/06 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | | EXTENDED |
|---|---|---|---|---|---|---|
| C-15 | 942PDDPLE | Porotta D/D 1lb x 28pkt | $42.00 | cs | | $630.00 |
| C-15 | 911 GCPLE | Grated Coconut 1 x 32pkt | $48.00 | | | $720.00 |
| C-2 | 935 IDB | Idiappam Brown 1lb x 28pkt | $42.00 | cs | | $84.00 |

| | |
|---|---|
| SALE AMOUNT | $1,434.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $1,434.00 |
| PAID | $0.00 |
| BALANCE DUE | $1,434.00 |



**IMPEX**

l:(201)792-1199
x:(201)792-4482

399 ST PAULS AVE
JERSEY CITY, NJ 07306

# Invoice

Invoice #:   00024833

Bill To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

Ship To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

| SALESPERSON | YOUR NO. | SHIP VIA | | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|
| | | | | | C.O.D. | 4/12/06 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | EXTENDED |
|---|---|---|---|---|---|
| 40 | 942PDDPLE | Porotta D/D 1lb x 28pkt | $42.00 | cs | $4,680.00 |
| 5 | 911 GCPLE | Grated Coconut 1 x 32pkt | $48.00 | | $240.00 |
| 5 | 934IDW | Idiappam White 1lbs x 28 pkt | $42.00 | cs | $210.00 |
| 2 | 914GMPLE | Cut Green Mango 1lb x 32pkt | $48.00 | | $96.00 |
| 1 | 948UVPLE | Uppuma Vegetable 1lb x 28pkt | $39.20 | | $39.20 |
| 1 | 952VPPLE | Veg. Pulao 10oz x 28pkt | $50.40 | | $50.40 |
| 1 | 951KFCPLE | Kerala Fish Curry 10oz x 28pkt | $64.40 | | $64.40 |
| 1 | 901JSCPLE | Jackfruit Seeds-Cooked 1lbx32 | $44.80 | | $44.80 |
| 2 | 900-CHK-BII | Chicken Biriyani 28 x10oz | $63.00 | cs | $126.00 |
| 1 | 902JGPLE | Jackfruit Green 1lb x 24pkt | $37.20 | | $37.20 |

| | | | | SALE AMOUNT | $2,588.00 |
|---|---|---|---|---|---|
| | | | | FREIGHT | $0.00 |
| | | | | SALES TAX | $0.00 |
| | | | | TOTAL | $2,588.00 |
| | | | | PAID | $0.00 |
| | | | | BALANCE DUE | $2,588.00 |



**IMPEX**

399-ST PAULS AVE
JERSEY CITY, NJ 07306

l:(201)792-1199
k:(201)792-4482

Invoice

Invoice #: 00024705

Bill To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

Ship To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

| SALESPERSON | YOUR NO. | SHIP VIA | | | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | C.O.D. | | 3/28/06 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | | EXTENDED | |
|---|---|---|---|---|---|---|---|
| 30 | 942PDDPLE | Porotta D/D 1lb x 28pkt | 40 $42.00 | cs | | 1200 | $1,260.00 |
| 30 | 911 GCPLE | Grated Coconut 1 x 32pkt | $48.00 | | | | $1,440.00 |
| 2 | 914GMPLE | Cut Green Mango 1lb x 32pkt | $48.00 | | | | $96.00 |
| 2 | 901JSCPLE | Jackfruit Seeds-Cooked 1lbx32 | $44.80 | | | | $89.60 |
| 1 | 920URPLE | Uppuma Regular 1lb x 28pkt | $39.20 | | | | $39.20 |
| 2 | 921VCPLE | Vegetable Cutlet 1lb x 28pkt | $50.40 | | | | $100.80 |
| 2 | 922VPPLE | Vegetable Puffs .50lbs x 28pkt | $44.80 | | | | $89.60 |
| 5 | 940CPPLE | Ceylon Porotta 1lb x 28pkt | $44.80 | cs | | | $224.00 |
| 1 | 952VPPLE | Veg. Pulao 10oz x 28pkt | $50.40 | | | | $50.40 |
| 2 | 900-CHK-BII | Chicken Biriyani 28 x10oz | $63.00 | cs | | | $126.00 |
| 2 | 900-LMB-BII | Lamb Biriyani 28x10oz | $70.00 | cs | | | $140.00 |
| 2 | 993PBPLE | Puff Pastry Sheets 1.17x26 | $65.00 | CS | | | $130.00 |
| 2 | 934IDW | Idiappam White 1lbs x 28 pkt | $42.00 | cs | | | $84.00 |

MAR 28 2006

BY: 9224

$ 3869·60
60 = 0
$ 3809 = 60
170 - 00
3637-00

| | SALE AMOUNT | $3,869.60 |
|---|---|---|
| | FREIGHT | $0.00 |
| | SALES TAX | $0.00 |
| | TOTAL | $3,869.60 |
| | PAID | $0.00 |
| | BALANCE DUE | $3,869.60 |



**IMPEX**

l:(201)792-1199
r:(201)792-4482

399 ST PAULS AVE
JERSEY CITY, NJ 07306

## Invoice

Invoice #:  00024557

Bill To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

Ship To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

| SALESPERSON | YOUR NO. | SHIP VIA | | | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | C.O.D. | 3/7/06 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | EXTENDED |
|---|---|---|---|---|---|
| 2 | 922VPPLE | Vegetable Puffs .50lbs x 28pkt | $44.80 | | $89.60 |
| 2 | 920URPLE | Uppuma Regular 1lb x 28pkt | $39.20 | | $78.40 |
| 2 | 934IDW | Idiappam White 1lbs x 28 pkt | $42.00 | cs | $84.00 |
| 10 | 942PDDPLE | Porotta D/D 1lb x 28pkt | $42.00 | cs | $420.00 |
| 2 | 900-LMB-BII | Lamb Biriyani 28x10oz | $70.00 | cs | $140.00 |
| 2 | 900-CHK-BII | Chicken Biriyani 28 x10oz | $63.00 | cs | $126.00 |
| 2 | 900-CHK-TII | Chicken Tikka Masala 10oz x28 | $77.00 | cs | $154.00 |
| 2 | 900-CHK-CU | Chicken Curry 10 oz x 28 pkt | $70.00 | cs | $140.00 |
| 10 | 911 GCPLE | Grated Coconut 1 x 32pkt | $48.00 | | $480.00 |
| 2 | 921VCPLE | Vegetable Cutlet 1lb x 28pkt | $50.40 | | $100.80 |
| 2 | 982PMPLE | Poori Masala 10oz x 20 pkts | $34.00 | case | $68.00 |

*(handwritten: ⑤ 40  $1860 = 80)*
*(handwritten: ⑤ 40  $9π = 04)*
*(handwritten: ⑤ $1766 = 76)*

| | | |
|---|---|---|
| SALE AMOUNT | | $1,680.80 |
| FREIGHT | | $0.00 |
| SALES TAX | | $0.00 |
| TOTAL | | $1,880.80 |
| PAID | | $0.00 |
| BALANCE DUE | | $1,880.00 |

*less*
*$1766 = 76*
*914.04*
*1,786.76*



**IMPEX**

399 ST PAULS AVE
JERSEY CITY, NJ 07306

l:(201)792-1199
x:(201)792-4482

**Invoice**

Invoice #:  00023783

Bill To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

Ship To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

| SALESPERSON | YOUR NO. | SHIP VIA | | | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | C.O.D. | | 11/8/05 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | | EXTENDED |
|---|---|---|---|---|---|---|
| 1 | 929MAS | Masala Dosa 1lb x 28 pkt | $47.60 | cs | | $47.60 |
| 2 | 920URPLE | Uppuma Vegetable 1lb x 28pkt | $39.20 | | | $78.40 |
| 3 | 934IDW | Idiappam White 1lbs x 28 pkt | $42.00 | cs | | $126.00 |
| 3 | 935 IDB | Idiappam Brown 1lb x 28pkt | $42.00 | cs | | $126.00 |
| 1 | 966OOPLE | Onion Oothappam 1lb x 28pkt | $44.80 | | | $44.80 |
| 15 | 942PDDPLE | Porotta D/D 1lb x 28pkt | $42.00 | cs | | $630.00 |
| 1 | 952VPPLE | Veg. Pulao 10oz x 28pkt | $50.40 | | | $50.40 |
| 1 | 961VBPLE | Veg. Biriyani 10 oz x 28 pkt | $50.40 | | | $50.40 |
| 2 | 904TSPLE | Fish Biriyani 10oz x 28 pkt | $65.80 | cs | | $131.60 |
| 2 | 900-CHK-BII | Chicken Biriyani 28 x10oz | $63.00 | cs | | $126.00 |
| 3 | 900-CHK-TII | Chicken Tikka Masala 10oz x28 | $77.00 | cs | | $231.00 |
| 2 | 900-MUT-CU | Mutton Curry 10oz x28 pkt | $91.00 | cs | | $182.00 |
| 10 | 911 GCPLE | Grated Coconut 1 x 32pkt | $48.00 | | | $480.00 |
| 2 | 921VCPLE | Vegetable Cutlet 1lb x 28pkt | $50.40 | | | $100.80 |
| 1 | 982PMPLE | Poori Masala 10oz x 20 pkts | $34.00 | case | | $34.00 |

49

PAID

NOV 0 8 2005

BY: 8403

| | SALE AMOUNT | $2,439.00 |
|---|---|---|
| | FREIGHT | $0.00 |
| | SALES TAX | $0.00 |
| | TOTAL | $2,439.00 |
| | PAID | $0.00 |
| | BALANCE DUE | $2,439.00 |



**IMPEX**

t:(201)792-1199
x:(201)792-4482

399 ST PAULS AVE
JERSEY CITY, NJ 07306

## Pending Invoice

Invoice #:   00023608

Bill To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

Ship To:

PATEL BROTHERS, NY
37-27, 74TH ST.
JACKSON HEIGHTS, NY 11372

| SALESPERSON | YOUR NO. | SHIP VIA | | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|
| | | | | | C.O.D. | 10/13/05 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | EXTENDED |
|---|---|---|---|---|---|
| 4 | 934IDW | Idiappam White 1lbs x 28 pkt | $42.00 | cs | $168.00 |
| 4 | 935 IDB | Idiappam Brown 1lb x 28pkt | $42.00 | cs | $168.00 |
| 2 | 966OOPLE | Onion Oothappam 1lb x 28pkt | $44.80 | | $89.60 |
| 4 | 922VPPLE | Vegetable Puffs .50lbs x 28pkt | $44.80 | | $179.20 |
| 3 | 900-CHK-CU | Chicken Curry  10 oz x 28 pkt | $70.00 | cs | $210.00 |
| 3 | 900-LMB-BIR | Lamb Biriyani 28x10oz | $70.00 | cs | $210.00 |
| 4 | 937SHRPLE | Shrimp Biriyani 10x28pkt | $65.80 | cs | $263.20 |
| 15 | 911 GCPLE | Grated Coconut 1 x 32pkt | $48.00 | | $720.00 |
| 2 | 901JSCPLE | Jackfruit Seeds-Cooked 1lbx32 | $44.80 | | $89.60 |
| 15 | 942PDDPLE | Porotta D/D 1lb x 28pkt | $42.00 | cs | $630.00 |
| 2 | 940CPPLE | Ceylon Porotta 1lb x 28pkt | $44.80 | cs | $89.60 |
| 2 | 931SPCA | Special Chapathi 1lbs x 28 pkt | $42.00 | cs | $84.00 |

*60*

Paid per
Ch # 8140

| | | |
|---|---|---|
| SALE AMOUNT | $2,901.20 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $2,901.20 |
| PAID | $0.00 |
| BALANCE DUE | $2,901.20 |

# Exhibit L



**IMPEX**

t:(201)792-1199
c:(201)792-4482

399 ST PAULS AVE
JERSEY CITY, NJ 07306

**Invoice**

Invoice #: 00023317

Bill To:

RAJA FOODS
8110-NORTH ST LOUIS AVE
SKOKIE, IL 60076



Ship To:

RAJA FOODS
8110-NORTH ST LOUIS AVE
SKOKIE, IL 60076

| SALESPERSON | YOUR NO. | SHIP VIA | | | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | C.O.D. | | 8/29/05 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | | EXTENDED |
|---|---|---|---|---|---|---|
| | | PATEL BROS 2610 | | | | |
| 1 | 944EJPLE | Elayada Jackfruit 1lb x 28pkt | $50.40 | | | $50.40 |
| 1 | 928 VTPLE | Vattayappam .66lb x 28pkt | $42.00 | | | $42.00 |
| 1 | 921VCPLE | Vegetable Cutlet 1lb x 28pkt | $50.40 | | | $50.40 |
| 1 | 922VPPLE | Vegetable Puffs .50lbs x 28pkt | $44.80 | | | $44.80 |
| 1 | 932BANR | Banana Roast 1 lbs x 28 pkt | $50.40 | cs | | $50.40 |
| 1 | 929MAS | Masala Dosa 1lb x 28 pkt | $47.60 | cs | | $47.60 |
| 1 | 982PMPLE | Poori Masala 10oz x 20 pkts | $34.00 | case | | $34.00 |
| 1 | 934IDW | Idiappam White 1lbs x 28 pkt | $42.00 | cs | | $42.00 |
| 1 | 935.IDB | Idiappam Brown 1lb x 28pkt | $42.00 | cs | | $42.00 |
| 1 | 964IDPLE | Idli 1lbs x 28pkts | $42.00 | | | $42.00 |
| 1 | 966OOPLE | Onion Oothappam 1lb x 28pkt | $44.80 | | | $44.80 |
| 1 | 966OPPLE | Oothappam Plain 1x 28 | $42.00 | | | $42.00 |
| 1 | 942PDDPLE | Porotta D/D 1lb x 28pkt | $42.00 | cs | | $42.00 |
| 1 | 941PAPLE | Palappam .50lb x 28pkt | $42.00 | cs | | $42.00 |
| 1 | 945VPPLE | Vellayappam (Kallappam) .70lbx | $42.00 | | | $42.00 |
| 1 | 900-LMB-BII | Lamb Biriyani 28x10oz | $65.80 | cs | | $65.80 |
| 1 | 900-CHK-BII | Chicken Biriyani 28 x10oz | $58.80 | cs | | $58.80 |
| 1 | 957JRPLE | Jalebi Red .50lb x 28pkt | $33.60 | | | $33.60 |
| 1 | 954LAPLE | Laddu 1lb x 28pkt | $50.40 | | | $50.40 |
| 1 | 905TAPLE | Tapioca 2lb x 18pkt | $19.80 | | | $19.80 |
| 1 | 912YRPLE | YAM-RATALU 1 x32 | $44.80 | | | $44.80 |
| 1 | 913 | Snake Gourd 1lb x 24pkt | $36.00 | | | $36.00 |
| 1 | 918GBPLE | Gooseberry 1lb x 32pkt | $48.00 | | | $48.00 |
| 1 | 919PLELB | Long Beans 1lb x 24pkt | $33.60 | | | $33.60 |
| 5 | 903DIQFPLI | Drumstick IQF 1lb x 32pkt | $45.00 | cs | | $225.00 |
| 5 | 901JSCPLE | Jackfruit Seeds-Cooked 1lbx32 | $44.80 | | | $224.00 |
| 5 | 911 GCPLE | Grated Coconut 1 x 32pkt | $48.00 | | | $240.00 |
| 2 | 900-CHK-TII | Chicken Tikka Masala 10oz x28 | $70.00 | cs | | $140.00 |

41

| | |
|---|---|
| SALE AMOUNT | |
| FREIGHT | |
| SALES TAX | |
| TOTAL | |
| PAID | |
| BALANCE DUE | $1,878.20 |



**IMPEX**

l:(201)792-1199
κ:(201)792-4482

398 ST PAULS AVE
JERSEY CITY, NJ 07306

**Invoice**

Invoice #:   00023317

Bill To:

RAJA FOODS
8110-NORTH ST LOUIS AVE
SKOKIE, IL 60076

*B*

Ship To:

RAJA FOODS
8110-NORTH ST LOUIS AVE
SKOKIE, IL 60076

| SALESPERSON | YOUR NO. | SHIP VIA | | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | | | C.O.D. | | 8/29/05 | 2 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | | EXTENDED |
|---|---|---|---|---|---|---|
| | | RAJA FOODS WHSE | | | | |
| 10 | 944EJPLE | Elayada Jackfruit 1lb x 28pkt | $50.40 | | | $504.00 |
| 10 | 928 VTPLE | Vattayappam .66lb x 28pkt | $42.00 | | | $420.00 |
| 10 | 921VCPLE | Vegetable Cutlet 1lb x 28pkt | $50.40 | | | $504.00 |
| 20 | 922VPPLE | Vegetable Puffs .50lbs x 28pkt | $44.80 | | | $896.00 |
| 10 | 932BANR | Banana Roast 1 lbs x 28 pkt | $50.40 | cs | | $504.00 |
| 5 | 929MAS | Masala Dosa 1lb x 28'pkt | $47.60 | cs | | $238.00 |
| 10 | 982PMPLE | Poori Masala 10oz x 20 pkts | $34.00 | case | | $340.00 |
| 20 | 934IDW | Idiappam White 1lbs x 28 pkt | $42.00 | cs | | $840.00 |
| 18 | 935 IDB | Idiappam Brown 1lb x 28pkt | $42.00 | cs | | $756.00 |
| 20 | 964IDPLE | Idli 1lbs x 28pkts | $42.00 | | | $840.00 |
| 10 | 966OOPLE | Onion Oothappam 1lb x 28pkt | $44.80 | | | $448.00 |
| 10 | 966OPPLE | Oothappam Plain 1x 28 | $42.00 | | | $420.00 |
| 20 | 942PDDPLE | Porotta D/D 1lb x 28pkt | $42.00 | cs | | $840.00 |
| 5 | 941PAPLE | Palappam .50lb x 28pkt | $42.00 | cs | | $210.00 |
| 10 | 945VPPLE | Vellayappam (Kallappam) .70lbx | $42.00 | | | $420.00 |
| 12 | 961VBPLE | Veg. Biriyani 10 oz x 28 pkt | $50.40 | | | $604.80 |
| 15 | 937FIS PLE | Fish Biriyani 10oz x 28 pkt | $65.80 | cs | | $987.00 |
| 5 | 900-LMB-Bir | Lamb Biriyani 28x10oz | $65.80 | cs | | $329.00 |
| 12 | 976SHPLE | Shrimp Curry 10oz x 28pkt | $74.20 | | | $890.40 |
| 20 | 957JRPLE | Jalebi Red .50lb x 28pkt | $33.60 | | | $672.00 |
| 12 | 954LAPLE | Laddu 1lb x 28pkt | $50.40 | | | $604.80 |
| 15 | 905TAPLE | Tapioca 2lb x 18pkt | $19.80 | | | $297.00 |
| 15 | 918GBPLE | Gooseberry 1lb x 32pkt | $48.00 | | | $720.00 |
| 35 | 911 GCPLE | Grated Coconut 1 x 32pkt | $48.00 | | | $1,680.00 |
| 10 | 900-CHK-TII | Chicken Tikka Masala 10oz x28 | $70.00 | cs | | $700.00 |

*339*

| | SALE AMOUNT | |
|---|---|---|
| | FREIGHT | |
| | SALES TAX | |
| | TOTAL | |
| | PAID | |
| | **BALANCE DUE** | *$15,665.00* |



**IMPEX**

l:(201)792-1199
x:(201)792-4482

399 ST PAULS AVE
JERSEY CITY, NJ 07306

# Pending Invoice

Invoice #:   00023264

Bill To:

RAJA FOODS
8110-NORTH ST LOUIS AVE
SKOKIE, IL 60076

Ship To:

RAJA FOODS
8110-NORTH ST LOUIS AVE
SKOKIE, IL 60076

| SALESPERSON | YOUR NO. | SHIP VIA | | | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | C.O.D. | | 8/25/05 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | | EXTENDED |
|---|---|---|---|---|---|---|
| | | PK UP BY RAJA FOODS, NY | | | | |
| 10 | 922VPPLE | Vegetable Puffs .50lbs x 28pkt | $44.80 | | | $448.00 |
| 5 | 936PAR | Parippuvada 1 lbs x 28 pkt | $50.40 | cs | | $252.00 |
| 10 | 929MAS | Masala Dosa 1lb x 28 pkt | $47.60 | cs | | $476.00 |
| 10 | 948UVPLE | Uppuma Vegetable 1lb x 28pkt | $39.20 | | | $392.00 |
| 10 | 934IDW | Idiappam White 1lbs x 28 pkt | $42.00 | cs | | $420.00 |
| 5 | 935 IDB | Idiappam Brown 1lb x 28pkt | $42.00 | cs | | $210.00 |
| 10 | 964IDPLE | Idli 1lbs x 28pkts | $42.00 | | | $420.00 |
| 10 | 966OOPLE | Onion Oothappam 1lb x 28pkt | $44.80 | | | $448.00 |
| 10 | 942PDDPLE | Porotta D/D 1lb x 28pkt | $42.00 | cs | | $420.00 |
| 5 | 952VPPLE | Veg. Pulao 10oz x 28pkt | $50.40 | | | $252.00 |
| 5 | 961VBPLE | Veg. Biriyani 10 oz x 28 pkt | $50.40 | | | $252.00 |
| 5 | 937FIS PLE | Fish Biriyani 10oz x 28 pkt | $65.80 | cs | | $329.00 |
| 5 | 937SHRPLE | Shrimp Biriyani 10x28pkt | $65.80 | cs | | $329.00 |
| 5 | 900-LMB-BII | Lamb Biriyani 28x10oz | $65.80 | cs | | $329.00 |
| 5 | 900-CHK-BII | Chicken Biriyani 28 x10oz | $58.80 | cs | | $294.00 |
| 3 | 900-CHK-TII | Chicken Tikka Masala 10oz x28 | $70.00 | cs | | $210.00 |
| 5 | 900-MUT-CL | Mutton Curry 10oz x28 pkt | $91.00 | cs | | $455.00 |
| 5 | 900-CHK-CL | Chicken Curry 10 oz x 28 pkt | $64.40 | cs | | $322.00 |
| 5 | 951KFCPLE | Kerala Fish Curry 10oz x 28pkt | $64.40 | | | $322.00 |
| 10 | 903DIQFPLE | Drumstick IQF 1lb x 32pkt | $45.00 | cs | | $450.00 |
| 10 | 911 GCPLE | Grated Coconut 1 x 32pkt | $48.00 | | | $480.00 |
| 10 | 918GBPLE | Gooseberry 1lb x 32pkt | $48.00 | | | $480.00 |
| 20 | 612MVRCA | Mixed Veg. Wrap 225 gm x 30pkt | $31.50 | | | $630.00 |
| 20 | 613 | Potato Masala Wrap 225gmx30pkt | $31.50 | | | $630.00 |
| 10 | 921VCPLE | Vegetable Cutlet 1lb x 28pkt | $50.40 | | | $504.00 |
| 10 | 982PMPLE | Poori Masala 10oz x 20 pkts | $34.00 | case | | $340.00 |

218

| | |
|---|---|
| SALE AMOUNT | $10,094.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $10,094.00 |
| PAID | $0.00 |
| BALANCE DUE | $10,094.00 |

# IMPEX CORPORATION

399 ST. PAULS AVE.
JERSEY CITY, NJ-07306

Pg. 1
Date:8/25/05

Sold to /   **RAJA FOODS**
Ship to      NY

| SL.NO. | DESCRIPTION | QUAN |
|---|---|---|
| 1 | VEG. CUTLET | 10 |
| 2 | VEG. PUFFS | 10 |
| 3 | PARIPPUVADA | 5 |
| 4 | MASALA DOSA | 10 |
| 5 | UPPUMA VEG | 10 |
| 6 | IDIAPPAM WHITE | 10 |
| 7 | IDIAPPAM BROWN | 5 |
| 8 | IDLY | 10 |
| 9 | OOTHAPPAM ONION | 10 |
| 10 | POROTTA | 10 |
| 11 | VEG. PULAO | 5 |
| 12 | VEG. BIRIYANI | 5 |
| 13 | FISH BIRIYANI | 5 |
| 14 | SHRIMP BIRIYANI | 5 |
| 15 | LAMB BIRIYANI | 5 |
| 16 | CHICKEN BIRIYANI | 5 |
| 17 | CHICKEN TIKKA MASALA | 3 |
| 18 | MUTTON CURRY | 5 |
| 19 | CHICKEN CURRY | 5 |
| 20 | KERALA FISH CURRY | 5 |
| 21 | DRUMSTICK IQF | 10 |
| 22 | GRATED COCONUT | 10 |
| 23 | GOOSEBERRY | 10 |
| 24 | MIXED VEG. ROTI WRAP | 20 |
| 25 | POTATO MASALA ROTI WRAP | 20 |
| 26 | POORI MASALA | 10 |
| | TOTAL CTNS---> | 218 |



**399 ST PAULS AVE
JERSEY CITY, NJ 07306**

Tel:(201)792-1199
Fax:(201)792-4482

# Invoice

Invoice #:   00021701

Bill To:

RAJA FOODS
8110-NORTH ST LOUIS AVE
SKOKIE, IL 60076

Ship To:

RAJA FOODS
8110-NORTH ST LOUIS AVE
SKOKIE, IL 60076

| SALESPERSON | YOUR NO. | SHIP VIA | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|
| | | | | C.O.D. | 12/21/04 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | EXTENDED |
|---|---|---|---|---|---|
| 60 | 942PODPLE | Porotta D/D 1lb x 28pkt | $42.00 | cs | $2,520.00 |
| 120 | 911GCPLE | Grated Coconut 1lbs x 28 pkt | $42.00 | | $5,040.00 |

| | |
|---|---|
| SALE AMOUNT | $7,560.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $7,560.00 |
| PAID | $7,560.00 |
| BALANCE DUE | $0.00 |



**IMPEX**

399 ST PAULS AVE
JERSEY CITY, NJ 07306

l:(201)792-1199
x:(201)792-4482

# Invoice

Invoice #:   00021475

Bill To:

RAJA FOODS
8110-NORTH ST LOUIS AVE
SKOKIE, IL 60076

Ship To:

RAJA FOODS
8110-NORTH ST LOUIS AVE
SKOKIE, IL 60076

| SALESPERSON | | YOUR NO. | SHIP VIA | | | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | C.O.D. | | 11/16/04 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | | EXTENDED |
|---|---|---|---|---|---|---|
| 30 | 921VCPLE | Vegetable Cutlet 1lb x 28pkt | $50.40 | | | $1,512.00 |
| 30 | 922VPPLE | Vegetable Puffs .50lbs x 28pkt | $44.80 | | | $1,344.00 |
| 20 | 939EJPLE | Elayada Jaggery 1lb x 28pkt | $47.60 | cs | | $952.00 |
| 20 | 959ESPLE | Elayada Sugar 1lbs x 28pkts | $47.60 | | | $952.00 |
| 20 | 932BANR | Banana Roast 1 lbs x 28 pkt | $50.40 | cs | | $1,008.00 |
| 30 | 914GMPLE | Cut Green Mango 1lb x 32pkt | $48.00 | | | $1,440.00 |
| 19 | 918GBPLE | Gooseberry 1lb x 32pkt | $48.00 | | | $912.00 |
| 11 | 913 | Snake Gourd 1lb x 24pkt | $36.00 | | | $396.00 |
| 120 | 911GCPLE | Grated Coconut 1lbs x 28 pkt | $42.00 | | | $5,040.00 |
| 60 | 942PDDPLE | Porotta D/D 1lb x 28pkt | $42.00 | cs | | $2,520.00 |
| 101 | 940CPPLE | Ceylon Porotta 1lb x 28pkt | $44.80 | cs | | $4,524.80 |
| 5 | 933BANF | Banana Fry 1lb x 28pkt | $50.40 | cs | | $252.00 |
| 14 | 949UVPLE | Uzhunnuvada .77lb x 28pkt | $42.00 | | | $588.00 |

| | |
|---|---|
| SALE AMOUNT | $21,440.80 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $21,440.80 |
| PAID | $0.00 |
| BALANCE DUE | $21,440.80 |

## RAJA FOODS

| PALLET - 1 | | |
|---|---|---|
| VEG. CUTLET | 30 | ✔ |
| VEG. PUFFS | 30 | ✔ |
| | | |
| **PALLET - 2** | | |
| ELAYADA JAGGERY | 20 | ✓ |
| ELAYADA SUGAR | 20 | ✓ |
| BANANA ROAST | 20 | ✔ |
| | | |
| **PALLET - 3** | | |
| GREEN CUT MANGO | 30 | ✔ |
| GOOSEBERRY   19 ✓ | 30 | . |
| | | |
| **PALLET - 4** | | |
| GRATED COCONUT | 60 | ✔ |
| | | |
| **PALLET - 5** | | |
| GRATED COCONUT | 60 | ✔ |
| | | |
| **PALLET - 6** | | |
| POROTTA | 60 | ✔ |
| | | |
| **PALLET - 7** | | |
| CEYLON POROTTA   + 1 | 60 | ✔ |
| | | |
| **PALLET - 8** | | |
| CEYLON POROTTA | 40 | ✔ |
| BANANA FRY | 5 | ✓ |
| UZHUNNUVADA   14 | ~~15~~ | |
| + 1   Ceylon Porot ta | | |

*11  Snake Gourd*

ATTN SAM

# "DAILY DELIGHT"
## BY IMPEX

201
792
4482

FOR A FULL LINE OF QUALITY FRESH FROZEN PRODUCTS

## FRESH FROZEN PREPARED FOODS
### SNACKS

| | |
|---|---|
| Elayada- Jackfruit 2.0 | .1 lbs x 28 pkt. |
| Elayada- Jaggery 2.0 | 1 lbs x 28 pkt. |
| Elayada- Sugar 2.0 | 1 lbs x 28 pkt. |
| Kumbilappam | 1 lbs x 28 pkt. |
| Unniyappam | |
| Veg. Cutlet ——— 3 0 | 1 lbs x 28 pkt. |
| Veg Puffs 1 pallet | 1 lbs x 28 pkt |
| Veg. Samosa | 50 lbs x 28 pkt. |
| Parippuvada | .00 lbs x 28 pkts |
| Sukhiyal | 1 lbs x 28 pkt |
| Neyappam | 1 lbs x 28 pkt |
| Uzhunnuvada - 3 0 | 1 lbs x 28 pkt. |
| Vattayappam | .77lbs x 28 pkt. |
| Banana Roast — 2 0 | .66lbs x 28 pkt. |
| Banana Fry - 2.0 | 770 x 18 pkt. |
| Masala Dosa | 1 lbs x 28 pkt. |
| Uppuma Veg. | 1 lbs x 28 pkt. |

### FROZEN BREADS / SPECIALTY PRODUCTS

| | |
|---|---|
| Poori Masala | 10 oz x 12 pkt. |
| Palappam Veg. Stew | |
| Idli | 1 lbs x 28 pkt. |
| Oothappam Plain | 1 lbs x 20 pkt. |
| Oothappam Onion | 1 lbs x 28 pkt. |
| Porotta - Indian -- 1 pallet | 1 lbs. x 28 pkt. |
| Ceylon Porotta -- 2 pallet | 1 lbs x 28 pkt. |
| Special Chapathi | 1 lbs x 28 pkt. |
| Palappam | 1 lbs x 28 pkt. |
| Vellayappam | 70 lbs x 28 pkt. |

### BIRIYANI

| | |
|---|---|
| Veg. Pulao | 10 oz x 28 pkt. |
| Fish Biriyani | 10 oz x 28 pkt. |
| Idiappam Veg. Biriyani | 10 oz x 20 pkt. |
| Tappioca Biriyani | 10 oz x 36 pkt. |
| Lamb Biriyani | 10 oz x 36 pkt. |
| Chicken Biriyani | 10 oz x 36 pkt. |

### CURRY

| | |
|---|---|
| Chicken Tikka Masala | 10 oz x 28 pkt |
| Mutton Curry | 10 oz x 28 pkt |
| Chicken Curry | 10 oz x 28 pkt |
| Mackorel Curry | 10 oz x 28 pkt |
| Kerala Fish Curry | 10 oz x 28 pkt |
| Pachadi | 1 lbs x 28 pkt. |
| Kootucurry | 1 lbs x 28 pkt. |
| Onion Thiyal | 1 lbs x 28 pkt. |
| Aviyal | 1 lbs x 28 pkt. |
| Sambar | 1 lbs x 28 pkt. |
| Eriseri | 1 lbs x 28 pkt. |
| Bindi Masala | 10 oz x 28 pkt |
| Dal Masala | 10 oz x 28 pkt |
| Dal Makhani | |

### DESSERTS

| | |
|---|---|
| Gothambu Payasam | .77 lbs x 28 pkt. |
| Ada Pradhaman | .77 lbs x 28 pkt. |
| Parippu Pradhaman | .77 lbs x 28 pkt. |
| Palada | 1 lbs x 28 pkt. |
| Jalebi Red | .50 lbs x 28 pkt |
| Laddu | 1 lbs x 28 pkt |
| Aval Vilayichathu | 1 lbs x 28 pkt. |

### FRESH FROZEN VEGETABLES

| | |
|---|---|
| Green Chilli | 1 lbs x 24 pkt. |
| Drumstick IQF | 1 lbs x 32 pkt. |
| Drumstick Block | 1 lbs x 20 pkt |
| Grated Coconut 2 pallet | 1 lbs x 28 pkt |
| Sliced Coconut | 1 lbs x 24 pkt. |
| Tapioca | 1 lbs x 32 pkt. |
| Sliced Tappioca | 2 lbs x 18 pkt. |
| Snake Gourd | 1 lbs x 24 pkt |
| Red Onion | 1 lbs. x 32 pkt |
| Green Cut Mango | 1 lbs x 32 pkt |
| Bread Fruit | 1 lbs x 28 pkt |
| Aviyal Mix | 1 lbs x 24 pkt. |
| Sambar Mix | 1 lbs x 24 pkt. |
| Long Beans | 1 lbs x 24 pkt |
| Yam Suran | 1 lbs. x 32 pkt. |
| Gooseberry 3 0 | 1 lbs x 32 pkt |
| Koorkha Ckd | 1 lbs. x 32 pkt |

Attn: Joseph
From: Sam

MAKE SURE YOU
HAVE LONG
Expiration DATES



**IMPEX Corp.**

Tel:(201)792-1199
Fax:(201)792-4482

399 ST PAULS AVE
JERSEY CITY, NJ 07306

# Invoice

Invoice #:   00019674

Bill To:

RAJA FOODS
8110-NORTH ST LOUIS AVE
SKOKIE, IL 60076

Ship To:

RAJA FOODS
8110-NORTH ST LOUIS AVE
SKOKIE, IL 60076

| SALESPERSON | YOUR NO. | SHIP VIA | | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|
| | | | | | C.O.D. | 3/5/04 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | EXTENDED |
|---|---|---|---|---|---|
| 20 | 965NEPLE | Neyyappam 1lbs x 28pkts | $56.00 | | $1,120.00 |
| 30 | 935 IDB | Idiappam Brown 1lb x 28pkt | $42.00 | cs | $1,260.00 |
| 20 | 932BANR | Banana Roast 1 lbs x 28 pkt | $50.40 | cs | $1,008.00 |
| 20 | 921VCPLE | Vegetable Cutlet 1lb x 28pkt | $50.40 | | $1,008.00 |
| 60 | 940CPPLE | Ceylon Porotta 1lb x 28pkt | $44.80 | cs | $2,688.00 |
| 30 | 941PAPLE | Palappam .50lb x 28pkt | $42.00 | cs | $1,260.00 |
| 20 | 949UVPLE | Uzhunnuvada .77lb x 28pkt | $42.00 | | $840.00 |
| 40 | 922VPPLE | Vegetable Puffs .50lbs x 28pkt | $44.80 | | $1,792.00 |
| 20 | 964IDPLE | Idli 1lbs x 28pkts | $42.00 | | $840.00 |
| 20 | 938SAPLE | Sambar 1lb x 28pkt | $44.80 | cs | $896.00 |
| 30 | 918GBPLE | Goosebery 1lb x 32pkt | $48.00 | | $1,440.00 |
| 25 | 936PAR | Parippuvada 1 lbs x 28 pkt | $50.40 | cs | $1,260.00 |
| 60 | 911GCPLE | Grated Coconut 1lbs x 28 pkt | $42.00 | | $2,520.00 |

395

| | |
|---|---|
| SALE AMOUNT | $17,932.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $17,932.00 |
| PAID | $0.00 |
| BALANCE DUE | $17,932.00 |



**IMPEX**

Tel:(201)792-1199
Fax:(201)792-4482

399 ST PAULS AVE
JERSEY CITY, NJ 07306

# Invoice

Invoice #:   00018770

Bill To:

RAJA FOODS
8110-NORTH ST LOUIS AVE
SKOKIE, IL 60076

Ship To:

RAJA FOODS
8110-NORTH ST LOUIS AVE
SKOKIE, IL 60076

| SALESPERSON | YOUR NO. | SHIP VIA | | | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | C.O.D. | | 11/17/03 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE/CS | UNIT | | EXTENDED |
|---|---|---|---|---|---|---|
| 40 | Z804DRPLE | Drumstick 1 lb  x 20 pkt | $28.20 | | | $1,128.00 |
| 30 | 939EJPLE | Elayada Jaggery 1lb x 28pkt | $47.60 | cs | | $1,428.00 |
| 20 | 913 | Snake Gourd 1lb x 24pkt | $36.00 | | | $720.00 |
| 12 | Z834UZPLE | Uzhunnuvada .70 lb x 20 pkt | $30.00 | cs | | $360.00 |
| 15 | 929MAS | Masala Dosa 1lb x 28 pkt | $47.60 | cs | | $714.00 |
| 20 | 905TAPLE | Tapioca 1lb x 32pkt | $17.60 | | | $352.00 |
| 25 | 935 IDB | Idiappam Brown 1lb x 28pkt | $42.00 | cs | | $1,050.00 |
| 20 | 922VPPLE | Vegetable Puffs .50lbs x 28pkt | $44.80 | | | $896.00 |
| 50 | 940CPPLE | Ceylon Porotta 1lb x 28pkt | $44.80 | cs | | $2,240.00 |
| 30 | 931SPCA | Special Chapathi 1lbs x 28 pkt | $42.00 | cs | | $1,260.00 |
| | | Credit Issued @ 3% | | | | ($304.44) |

| | | |
|---|---|---|
| SALE AMOUNT | | $9,843.56 |
| FREIGHT | | $0.00 |
| SALES TAX | | $0.00 |
| TOTAL | | $9,843.56 |
| PAID | | $9,843.56 |
| BALANCE DUE | | $0.00 |

# Exhibit M

# Raja Foods

**Distributors of International Food Products**

3110 N. St. Louis Ave. • Skokie, IL 60076
TEL: 847-675-4455 • FAX: 847-675-4498

## NO RETURN OR REFUND AFTER 10 DAYS

# INVOICE

INVOICE NUMBER: 0075163-IN
INVOICE DATE: 11/29/2006
DUE DATE: 12/13/2006
ORDER NUMBER: 0066527
ORDER DATE: 11/27/2006
SALESPERSON: 0002
CUSTOMER NO: 9461059

SOLD TO:
TBS MART INC. ( MN)
7836 PORTLAND AVE
TOWN & COUNTRY SHOPPING CENTER
Minneapolis, MN 55420
CONFIRM TO:        SAM KOSHLY

SHIP TO:
TBS MART INC. ( MN)
7836 PORTLAND AVE
TOWN & COUNTRY SHOPPING CENTER
Minneapolis, MN 55420

| CUSTOMER P.O. | SHIP VIA WILSON | F.O.B. | TERMS INVOICE TO INVOICE-MAX 14 DAYS | | |
|---|---|---|---|---|---|

| ITEM NO. | DESCRIPTION | UNIT | SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 98200 | FRZN SWAD COCONUTSHRED24*12OZ | CASE | 5.00 | 24.00 | 120.00 |
| 20250 | GHEE SWAD ( 12 X 1 LBS ) | CASE | 3.00 | 50.00 | 150.00 |
| 20260 | GHEE SWAD (12BTL x 2LBS) | CASE | 2.00 | 90.00 | 180.00 |
| 30052 | GULAB JAMUN SWAD (12x1KG) | CASE | 4.00 | 24.00 | 96.00 |
| 26720 | RICE IDLY RICE (20lbs) | BAGS | 20.00 | 7.25 | 145.00 |
| 29165 | SWAD MANGO DRINK (24*250ML) | EACH | 25.00 | 6.50 | 162.50 |
| 25116 | SWAD MANGO PULP (KESAR) 6 TINS | CASE | 50.00 | 7.00 | 350.00 |
| 30054 | ROSSGOLLA SWAD (12x1KG) | CASE | 4.00 | 24.00 | 96.00 |
| 30057 | RASMALAI SWAD (12x1KG) | CASE | 2.00 | 28.00 | 56.00 |
| 30055 | CHUM CHUM SWAD (12x1KG) | CASE | 1.00 | 24.00 | 24.00 |
| 29085 | SWAD SOAN PAPDI 20 x 500GM | CASE | 1.00 | 54.00 | 54.00 |
| 27005 | SWAD SNACK BHUSU (15PKTS) | CASE | 2.00 | 30.00 | 60.00 |
| 27090 | SWAD SNACK SEV HOT (15PKTS) | CASE | 1.00 | 30.00 | 30.00 |
| 16040 | CHAPPATI FLOUR TAJ 20 LBS | BAGS | 10.00 | 6.75 | 67.50 |
| 40080 | TEA TAJ MAHAL (24PKT x 450GMS) | CASE | 1.00 | 54.00 | 54.00 |
| 40081 | TEA TAJ MAHAL  12 x 900gm | CASE | 1.00 | 54.00 | 54.00 |
| 40096 | TEA TAJ MAHAL BAG 36* 100'S | EACH | 1.00 | 90.00 | 90.00 |
| 12040 | TAMARIND PASTE BIG (36BTL) | CASE | 5.00 | 55.00 | 275.00 |
| 12050 | TAMARIND PASTE SMALL (72BTL) | CASE | 2.00 | 55.65 | 111.30 |
| 12030 | TAMARIND SLAB (SWAD)(50X200GM) | CASE | 5.00 | 25.50 | 127.50 |
| 30125 | GUR ( THAI ) 20  X 1 KG | EACH | 2.00 | 24.00 | 48.00 |
| 40105 | TEA WAGH BAKRI (24 X 1 LBS ) | EACH | 1.00 | 45.60 | 45.60 |
| 40113 | TEA WAGH BAKRI masala 21x200gm | CASE | 1.00 | 35.00 | 35.00 |
| 31730 | CLOVES (20PKT x 3.5OZ) | CASE | 1.00 | 20.00 | 20.00 |
| 31740 | CLOVES (20PKT x 7OZ) | CASE | 1.00 | 30.45 | 30.45 |
| 10610 | WHEAT WHOLE HALIM (20 x 2LBS) | CASE | 1.00 | 20.00 | 20.00 |
| 27417 | SNACK BANANA YELLOW (10*2LBS) | CASE | 5.00 | 35.00 | 175.00 |
| 40120 | TEA YELLOW LABEL(48PKTx225GMS) | CASE | 1.00 | 55.00 | 55.00 |
| 40115 | TEA YELLOW LABEL(12X900) | EACH | 1.00 | 55.00 | 55.00 |
| 40122 | TEA YELLOW LABEL BAGS (36X100) | CASE | 1.00 | 95.00 | 95.00 |
| 10740 | TOOR DAL KORI-UNOILY 10**4LBS | CASE | 50.00 | 23.00 | 1,150.00 |
| 10725 | MOONG DAL  10x4LBS | CASE | 10.00 | 30.00 | 300.00 |
| 10745 | URAD DAL(INDIA)10**4LBS | CASE | 20.00 | 30.00 | 600.00 |

# Raja Foods

**Distributors of International Food Products**

3110 N. St. Louis Ave. • Skokie, IL 60076
TEL: 847-675-4455 • FAX: 847-675-4498

## NO RETURN OR REFUND AFTER 10 DAYS

# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | 0071941-IN |
| INVOICE DATE: | 08/17/2006 |
| DUE DATE: | 08/31/2006 |
| ORDER NUMBER: | 0063183 |
| ORDER DATE: | 08/14/2006 |
| SALESPERSON: | 0002 |
| CUSTOMER NO: | 9461059 |

SOLD TO:
TBS MART INC. ( MN)
7836 PORTLAND AVE
TOWN & COUNTRY SHOPPING CENTER
Minneapolis, MN 55420
CONFIRM TO:    SAM KOSHLY

SHIP TO:
TBS MART INC. ( MN)
7836 PORTLAND AVE
TOWN & COUNTRY SHOPPING CENTER
Minneapolis, MN 55420

| CUSTOMER P.O. | SHIP VIA WILSON | F.O.B. | TERMS INVOICE TO INVOICE-MAX 14 DAYS | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION | | UNIT | SHIPPED | PRICE | AMOUNT |
| 15300 | RAGI PDR.(20PKT x 14OZ) | | CASE | 1.00 | 20.00 | 20.00 |
| 19270 | PEANUTS RAW (8 PKT X 4 LBS | | CASE | 2.00 | 25.00 | 50.00 |
| 19230 | PEANUTS RAW (20PKT x 16OZ) | | CASE | 2.00 | 17.00 | 34.00 |
| 19240 | PEANUTS RAW (16PKT x 2LBS) | | CASE | 2.00 | 28.00 | 56.00 |
| 40065 | TEA RED LABEL 12x900 (POUCH) | | EACH | 2.00 | 52.00 | 104.00 |
| 40070 | TEA RED LABEL (48 X 225GM) | | CASE | 1.00 | 52.00 | 52.00 |
| 40060 | TEA RED LABEL (24 X 450GM) | | CASE | 2.00 | 52.00 | 104.00 |
| 40068 | TEA RED LABEL 6 X 1800 | | EACH | 2.00 | 52.00 | 104.00 |
| 40163 | TEA RED LABEL BAG(12X:80'S) | | EACH | 1.00 | 27.00 | 27.00 |
| 17342 | RICE FLOUR  20 x 2 LBS | | CASE | 3.00 | 13.90 | 41.70 |
| 10760 | RICE FLOUR 10**4LBS | | CASE | 5.00 | 14.00 | 70.00 |
| 10765 | SOJI (COARSE) 10**4LBS | | CASE | 10.00 | 14.00 | 140.00 |
| 26700 | RICE SONA MASURI 20 lbs | | BAGS | 110.00 | 7.50 | 825.00 |
| 19435 | SUGAR CANDY(SAKAR)(20PKTx7OZ) | | CASE | 1.00 | 15.00 | 15.00 |
| 26705 | RICE PONNI BOILED  20LBS | | BAGS | 10.00 | 7.25 | 72.50 |
| 26710 | RICE PONNI RAW  20 lbs | | BAGS | 10.00 | 7.25 | 72.50 |
| 26035 | RICE BASMATI"SWAD" (4x10LBS) | | BAGS | 5.00 | 24.00 | 120.00 |
| 30055 | CHUM CHUM SWAD (12x1KG) | | CASE | 2.00 | 24.00 | 48.00 |
| 16035 | CHAPPATI FLOUR SWAD (8PKTx5LB) | | CASE | 3.00 | 15.00 | 45.00 |
| 98280 | FRZN SWAD GREEN PEAS 24*12OZ | | CASE | 1.00 | 18.00 | 18.00 |
| 98200 | FRZN SWAD COCONUTSHRED24*12OZ | | CASE | 5.00 | 24.00 | 120.00 |
| 30052 | GULAB JAMUN SWAD (12x1KG) | | CASE | 2.00 | 24.00 | 48.00 |
| 29165 | SWAD MANGO DRINK (24*250ML) | | EACH | 25.00 | 6.25 | 136.25 |
| 25116 | SWAD MANGO PULP (KESAR) 6 TINS | | CASE | 25.00 | 7.25 | 181.25 |
| 30057 | RASMALAI SWAD (12x1KG) | | CASE | 1.00 | 32.00 | 24.00 |
| 21125 | PAPAD RICE REDCHILLI (10X400 | | CASE | 1.00 | 18.00 | 18.00 |
| 30054 | ROSSGOLLA SWAD (12x1KG) | | CASE | 4.00 | 24.00 | 96.00 |
| 27005 | SWAD SNACK BHUSU (15PKTS | | CASE | 1.00 | 30.00 | 30.00 |
| 27095 | SWAD SNACK SEV FINE (15PKTS) | | CASE | 1.00 | 30.00 | 30.00 |
| 29085 | SWAD SOAN PAPDI 20 x 500GM | | CASE | 1.00 | 54.00 | 54.00 |
| 30125 | GUR (THAI) 20 X 1 KG | | EACH | 2.00 | 24.00 | 48.00 |
| 30119 | GUR (JAGGERY) (24 x 500GM) | | EACH | 2.00 | 24.00 | 48.00 |
| 31740 | CLOVES (20PKT x 7OZ) | | CASE | 1.00 | 30.45 | 30.45 |

P. 1

# Exhibit N

## SALES ORDER

Page: 2

RAJA FOODS ATLANTA LLC
4579 LEWIS ROAD
STONE MOUNTAIN, GA 30083
(770) 270-8187

ORDER NUMBER: 0014901
ORDER DATE: 11/21/2006
CUSTOMER NO: 5404201

SOLD TO:
ASIAN GROCRIES (CHARLOTTE)
10403 PARK ROAD
Charlotte,  NC   28210

SHIP TO:
ASIAN GROCRIES (CHARLOTTE)
10403 PARK ROAD
Charlotte, NC   28210

CONFIRM TO:
MR. KALASUDAN

| CUSTOMER P.O. | SHIP VIA | F.O.B. | | TERMS NO TERMS | | |
|---|---|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | | UNIT | ORDERED | PRICE | AMOUNT |
| 17141 | IDLI RAVA (20 X2LBS) | | EACH | 2.00 | 14.00 | 28.00 |
| 30411 | BISCUIT FIFTY FIFTY[100x75gms] | | CASE | 1.00 | 30.00 | 30.00 |
| 30317 | BISCUIT GOODDAY CASHEW(60*100) | | CASE | 2.00 | 24.00 | 48.00 |
| 30319 | BISCUIT GOODDAYPISTA&BADAM60*1 | | CASE | 1.00 | 30.00 | 30.00 |
| 30321 | BISCUIT BOURBON (60 PKT) | | CASE | 1.00 | 22.00 | 22.00 |
| 30307 | BISCUIT MANGO  (60PKT) | | EACH | 1.00 | 20.00 | 20.00 |
| 22200 | MAGGI TOMATO KETCHUP 24*600ML | | CASE | 1.00 | 36.00 | 36.00 |
| 27432 | SNACK KACHORI (10*2LBS) | | CASE | 1.00 | 30.00 | 30.00 |
| 40501 | COFFEE-NESCAFE 12 x 1.75oz | | EACH | 1.00 | 30.00 | 30.00 |
| 19115 | CASHEW RST/SLTD 20x7OZ | | EACH | 1.00 | 39.95 | 39.95 |
| 24006 | MAMRA KOLAHPURI 10 x 14ozs | | CASE | 1.00 | 15.00 | 15.00 |
| 24130 | MAMRA  KOLHAPURI (4PKTx5 LBS) | | CASE | 1.00 | 18.00 | 18.00 |
| 29165 | SWAD MANGO DRINK (24*250ML) | | EACH | 4.00 | 7.00 | 28.00 |
| 20464 | KTC COCONUT OIL 12 x 500 ml | | EACH | 1.00 | 30.00 | 30.00 |
| 20473 | KTC ALMOND OIL  12*500ml | | EACH | 1.00 | 42.00 | 42.00 |
| 19020 | ALMOND (20PKT x 2LBS) | | CASE | 1.00 | 140.00 | 140.00 |
| 19212 | DATES PITTED 12 x 2 LB | | CASE | 1.00 | 48.00 | 48.00 |
| 29199 | RECON LYCHEE NCTR 27x250ml | | CASE | 3.00 | 12.00 | 36.00 |
| 51034 | FAIR&LOVELY FOR MEN (12x50GM) | | EACH | 1.00 | 24.00 | 24.00 |
| 99100 | DABURTOOTHPASTE NEEM[12x100gm] | | CASE | 1.00 | 15.00 | 15.00 |
| 99408 | SOAP SANTOOR (1DOZ) | | CASE | 1.00 | 10.00 | 10.00 |
| 98200 | FRZN SWAD COCONUTSHRED24*12OZ | | CASE | 2.00 | 24.00 | 48.00 |
| 38034 | JOY SNACK ASSORTED(15 * 2LBS) | | EACH | 2.00 | 45.00 | 90.00 |
| 16015 | CHAPPATI FLOUR G.T (10x2.5 KG) | | BAGS | -2.00 | 21.00 | -42.00 |
| 22064 | CHUTNEY GINGER & GARLIC 6*2LB | | CASE | -1.00 | 25.00 | -25.00 |

ch. 1208  2269.45

| | |
|---|---|
| Net Order: | 2,272.45 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 2,272.45 |

WEIGHT:        0
TOTAL QTY:     93.00

# Exhibit O



# Raja Foods & Vegetables, Inc.

## 55-78 56th Street Maspeth, NY 11378
**FROZEN FOODS AND FRESH VEGETABLES**
PHONE: (718) 433-2133/34/34/38, FAX: (718) 433-2139



## Bill To

SURYA GROCERY
589 CENTRAL PARK AVE
YONKERS, NY 10704
914-969-7651

# INVOICE

**Date**       9/5/2006

**Invoice #**    18434

| Description | QTY | PRICE | Amount |
|---|---|---|---|
| FAIR AND LOVELY 12 X 80 GM | 2 | 27.00 | 54.00 |
| BOROLINE 12 X 21 GM | 1 | 13.00 | 13.00 |
| FAIR & LOVELY ANTI MARKS (12 X 23 gms) | 0.5 | 24.00 | 12.00 |
| FAIR & LOVELY LOTION 12 X 50 ml | 0.5 | 33.00 | 16.50 |
| TIGER BALM 10 PCS | 4 | 18.00 | 72.00 |
| GODREJ DYE LIQUID 12 X 40ML | 1 | 36.00 | 36.00 |
| BLACK ROSE MEHNDI | 1 | 17.50 | 17.50 |
| FRESH CURRY (LIMDI) LEAVES LB | 10 | 6.00 | 60.00 |
| WHITE GARLIC 30LB | 2 | 20.00 | 40.00 |
| FRESH LONG BEAN (CALIFORNIA) 30LB | 1 | 42.00 | 42.00 |
| TINDORA (DOMINICAN)30LB | 2 | 30.00 | 60.00 |
| DRY COCONUT 40PCS | 2 | 24.00 | 48.00 |
| YELLOW JACKFRUIT | 2 | 22.00 | 44.00 |
| CHAOKOH GREEN JACKFRUIT | 1 | 16.00 | 16.00 |
| SMALL CHILLI (DOMINICAN) 30LB | 1 | 39.00 | 39.00 |
| CHILLI MEDIUM BE-ON NVP 30 LBS | 2 | 45.00 | 90.00 |
| INDIAN KARELA DOMINICAN 35LB | 2 | 42.00 | 84.00 |
| SWAD MANGO DRINK 24 X 250 ml | 10 | 6.50 | 65.00 |
| STEPHAN ROUND EGG PLANT | 1 | 35.00 | 35.00 |
| FRESH OKRA BOX | 4 | 18.00 | 72.00 |
| DERLE FARMS YOGURT (8 X 32 oz ) | 5 | 11.75 | 58.75 |
| YOGURT 6 X 5LB | 2 | 21.00 | 42.00 |
| LONG SQUASH 40LB (BEST) CALIFORNIA | 1 | 25.00 | 25.00 |
| SNAKE GOURD 30LB | 1 | 48.00 | 48.00 |
| YOUNG COCONUT BEST | 2 | 10.00 | 20.00 |
| CHINESE EGGPLANT DOMINICAN 35LB | 1 | 33.00 | 33.00 |
| DHANA IN BOX | 1 | 15.00 | 15.00 |
| RED ONION 10LB | 30 | 3.25 | 97.50 |
| SFB MALAYSIAN PLAIN PARATHA (24 X 400GM) | 2 | 17.00 | 34.00 |
| SFV SHREDDED COCONUT (24 X 340GM) | 5 | 24.00 | 120.00 |

| INSIST ON SWAD BRAND FROZEN PRODUCTS | CHECKED BY | Total |
|---|---|---|