FURGANG & ADWAR, L.L.P.
Philip Furgang (PF-5654)
Stephanie Furgang Adwar (SA-1711)
Brian Scanlon (BS-5947)
2 Crosfield Avenue, Suite 210
West Nyack, New York 10994
845-353-1818

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X   Civil Action No.:

IMPEX CORPORATION,

  07 CV 0582 (ERK) (SMG)

                                           Plaintiff,

   -against-

  **NOTICE OF MOTION**

MIKE PATEL, RADHASWAMY INC. (d/b/a RAJA FRUIT
& VEGETABLE and RAJA FOODS), M&N GROCERS, INC.
(d/b/a PATEL BROTHERS, NY), RAJA FOODS, L.L.C.,
RAJA FOODS HOUSTON, L.L.C., RAJA FOODS,
VARIOUS JOHN DOES, and VARIOUS JANE DOES,
                                           Defendants.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the affirmations of Philip Furgang Esq., Philip Parayil, and George Iype, accompanying brief and exhibits, and upon all prior pleadings, papers, and proceedings in this case, Plaintiff Impex Corporation, through its undersigned attorneys respectfully move this Court pursuant to Federal Rules of Civil Procedure §65 for a preliminary injunction and for such other and further relief as the Court may deem just.

Dated: February 16, 2007

                                                        Respectfully Submitted,
                                                        FURGANG & ADWAR, L.L.P.

                                                        _____
                                                        BRIAN SCANLON (BS-5947)
                                                        Attorneys for Plaintiff
                                                        2 Crosfield Avenue
                                                        West Nyack, NY 10994
                                                        (845)353-1818